Kevin T. Snider, Cal. Bar No. 170988
    *Counsel of Record*
Matthew B. McReynolds, Cal. Bar No. 234797
PACIFIC JUSTICE INSTITUTE
Post Office Box 276600
Sacramento, CA 95827
Tel. (916) 857-6900
Fax: (916) 857-6902
Email: kevinsnider@pacificjustice.org
       mattmcreynolds@pacificjustice.org

*Attorneys for Intervenors/Defendants*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC.; PAUL STOREY; BILLY FERGUSON; KAREN BUCHANAN; JOSEPH MORROW; ANTHONY G. ARLEN; ELISABETH STEADMAN; CHARLES AND COLLETTE CRANNELL; MIKE OSBORNE; KRISTI CRAVEN; WILLIAM M. SHOCKLEY; PAUL ELLCESSOR; JOSEPH RITTELL; WENDY CORBY; PAT KELLEY; CAREY GOLDSTEIN; DEBORA SMITH; KATHY FIELDS; RICHARD MOORE; SUSAN ROBINSON; AND KEN NAHIGIAN,<br><br>    **Plaintiffs,**<br><br>    v.<br><br>TIMOTHY GEITHNER, in his official capacity as Secretary of the United States Department of the Treasury; DOUGLAS SHULMAN, in his official capacity as Commissioner of the Internal Revenue | Case No. 2:09-CV-02894-WBS-DAD<br><br>**NOTICE OF MOTION AND MOTION TO INTERVENE BY PASTOR MICHAEL RODGERS, ET AL. [FRCP 24]**<br><br>HEARING: Nov. 23, 2009<br>TIME: 2:00 p.m.<br>COURTROOM: 5<br>TRIAL DATE: TBD |

1  Service; and SELVI STANISLAUS, in her )
   official capacity as Executive Officer of the )
2  California Franchise Tax Board, )
                                               )
3          Defendants, )
                                               )
4          AND )
                                               )
5                                              )
   PASTOR MICHAEL RODGERS AND )
6  DOES 1-100, Proposed Intervenors- )
   Defendants. )
7                                              )

8  **To the Honorable Wiliam B. Shubb and to all Parties and their Attorneys of Record:**

9  **PLEASE TAKE NOTICE** that on November 23, 2009, at 2:00 p.m. in Courtroom 5 of the

10 United States District Court, Eastern District of California, 501 I Street, Sacramento, California,

11 the applicants, Pastor Michael Rodgers, et al., will move this Court for an order granting

12 intervention as defendants in the above-encaptioned case as per FRCP 24(a) and (b).

13         This Motion will be based on this Notice of Motion and Motion; Points and Authorities

14 filed in support of this motion; the Declaration of Pastor Rodgers; and such other evidence and

15 argument of counsel as may be introduced at the Hearing of the Motion.

16         The grounds for this motion are as follows:

17         1. The movants are entitled to intervene as a matter of right [FRCP 24(a)]; or,

18         2. The movants may intervene at the discretion of the Court [FRCP 24(b)].

19 DATED: October 22, 2009.

                                        PACIFIC JUSTICE INSTITUTE

                                         /s/  Matthew B. McReynolds____
                                        Kevin T. Snider
                                        Matthew B. McReynolds

                                        *Attorneys for Proposed Applicants*

Notice of Motion and Motion to Intervene

-2-

**MOTION**

Pastor Michael Rodgers and Does 1-100 hereby move this Court for an order granting this request to intervene as defendants pursuant to matter of right under FRCP 24(a).

In the alternative, Pastor Rodgers and Does 1-100 hereby move this Court for an order granting this request for permissive intervention at the discretion of the Court as per FRCP 24(b).

DATED: October 22, 2009.

                                        PACIFIC JUSTICE INTITUTE

                                         /s/ Matthew B. McReynolds  
                                        Kevin T. Snider  
                                        Matthew B. McReynolds

                                        *Attorneys for Proposed Intervenors*