Kevin T. Snider, State Bar No. 170988
*Counsel of Record*
Matthew B. McReynolds, 234797
PACIFIC JUSTICE INSTITUTE
Post Office Box 276600
Sacramento, CA 95827
Tel. (916) 857-6900
Fax: (916) 857-6902
Email: kevinsnider@pacificjustice.org
mattmcreynolds@pacificjustice.org

*Attorneys for Intervenors/Defendants*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC.; PAUL STOREY; BILLY FERGUSON; KAREN BUCHANAN; JOSEPH MORROW; ANTHONY G. ARLEN; ELISABETH STEADMAN; CHARLES AND COLLETTE CRANNELL; MIKE OSBORNE; KRISTI CRAVEN; WILLIAM M. SHOCKLEY; PAUL ELLCESSOR; JOSEPH RITTELL; WENDY CORBY; PAT KELLEY; CAREY GOLDSTEIN; DEBORA SMITH; KATHY FIELDS; RICHARD MOORE; SUSAN ROBINSON; AND KEN NAHIGIAN,<br><br>    Plaintiffs,<br><br>v.<br><br>TIMOTHY GEITHNER, in his official capacity as Secretary of the United States Department of the Treasury; DOUGLAS SHULMAN, in his official capacity as Commissioner of the Internal Revenue Service; and SELVI STANISLAUS, in her official capacity as Executive Officer of the | Case No. 2:09-CV-02894-WBS-DAD<br><br>**DECLARATION OF PASTOR MICHAEL RODGERS IN SUPPORT OF HIS MOTION TO INTERVENE**<br><br>HEARING: Nov. 23, 2009<br>TIME: 2:00 p.m.<br>COURTROOM: 5<br>TRIAL DATE: TBD |

Declaration of Pastor Michael Rodgers in Support of His Motion to Intervene

-1-

California Franchise Tax Board,  )
    Defendants,  )
    AND  )
PASTOR MICHAEL RODGERS; DOES 1-100, Proposed Intervenors-Defendants.  )

I, Pastor Michael Rodgers, do hereby declare as follows:

1. That if called upon, I could and would testify truthfully, as to my own personal knowledge as follows:

2. I live and work within the jurisdiction of the United States District Court for the Eastern District of California.

3. I am the Senior Pastor of Faith Baptist Tabernacle, located at 3501 Q Street, North Highlands, California, 95660.

4. I have served as the Senior Pastor of Faith Baptist Tabernacle for 18 years.

5. I have served as a minister for a total of 23 years.

6. As a minister, I qualify for the federal and state housing allowances being challenged in this action.

7. I have claimed the federal and state housing allowances annually since at least 1995.

8. I anticipate that I will continue to qualify for, and claim on my income taxes, the federal and state housing allowance for ministers for al least the next ten years.

9. My annual salary from the church is less than $46,000, including the housing allowance.

10. Although many churches have traditionally provided a parsonage for the pastor's family, and some churches still do so, I do not live in a parsonage.

11. The housing allowance provided to me by the church therefore operates as a substitute for not providing a parsonage.

12. Unlike a parsonage, my home is not exempt from local property taxes.

13. Therefore, the federal and state tax exemption housing allowances are very important to me financially.

14. Removal of the federal housing allowance tax exemption would have a direct, immediate, negative financial impact on me and my family.

I declare, under penalty of perjury under the laws of the State of California and the United States of America, that the foregoing is true and correct and is of my own personal knowledge, and indicate such below by my signature executed on this 21st day of October, 2009, in the County of Sacramento, State of California.

Pastor Michael Rodgers, Declarant