1  Kevin T. Snider, State Bar No. 170988
      *Counsel of Record*
2  Matthew B. McReynolds, 234797
   PACIFIC JUSTICE INSTITUTE
3  Post Office Box 276600
   Sacramento, CA 95827
4  Tel. (916) 857-6900
   Fax: (916) 857-6902
5  Email: kevinsnider@pacificjustice.org
          mattmcreynolds@pacificjustice.org
6
   *Attorneys for Intervenors/Defendants*
7

8              UNITED STATES DISTRICT COURT
9              EASTERN DISTRICT OF CALIFORNIA
10                 SACRAMENTO DIVISION
11

12
13  FREEDOM FROM RELIGION              )   Case No. 2:09-CV-02894-WBS-DAD
    FOUNDATION, INC.; PAUL STOREY;     )
14  BILLY FERGUSON; KAREN              )
    BUCHANAN; JOSEPH MORROW;           )
15  ANTHONY G. ARLEN; ELISABETH        )   DECLARATION OF MATTHEW
    STEADMAN; CHARLES AND              )   MCREYNOLDS IN SUPPORT OF
16  COLLETTE CRANNELL; MIKE            )   MOTION TO INTERVENE
    OSBORNE; KRISTI CRAVEN; WILLIAM    )
17  M. SHOCKLEY; PAUL ELLCESSOR;       )
    JOSEPH RITTELL; WENDY CORBY;       )
18  PAT KELLEY; CAREY GOLDSTEIN;       )
19  DEBORA SMITH; KATHY FIELDS;        )   HEARING:  Nov. 23, 2009
    RICHARD MOORE; SUSAN ROBINSON;     )   TIME:     2:00 p.m.
20  AND KEN NAHIGIAN,                  )   COURTROOM: 5
                                       )   TRIAL DATE: TBD
21         Plaintiffs,                 )
22                                     )
           v.                          )
23                                     )
    TIMOTHY GEITHNER, in his official  )
24  capacity as Secretary of the United States )
    Department of the Treasury; DOUGLAS )
25  SHULMAN, in his official capacity as )
    Commissioner of the Internal Revenue )
26  Service; and SELVI STANISLAUS, in her )
27  official capacity as Executive Officer of the )
28
───────────────────────────────────────────────
          Declaration of Matthew McReynolds in Support of Motion to Intervene

                              -1-

California Franchise Tax Board,  )
                                               )
    Defendants,                   )
                                               )
    AND                             )
PASTOR MICHAEL RODGERS; DOES 1- )
100, Proposed Intervenors-Defendants.    )

I, Matthew McReynolds, do hereby declare as follows:

1. That if called upon, I could and would testify truthfully, as to my own personal knowledge as follows:

2. My business address is P.O. Box 276600, Sacramento, CA 95827.

3. I represent Proposed Defendants-Intervenors, Pastor Michael Rodgers and Does 1-100, in the above-captioned case.

4. I also currently serve as one of the counsel for Intervenor Defendant-Appellee Pacific Justice Institute in *Newdow v. Congress*, Ninth Cir. Case No. 06-16344.

5. I am also one of the counsel for Defendants-Appellees Dr. Rick Warren and Dr. Joseph Lowery in *Newdow v. Roberts*, D.C. Cir. Case No. 09-5126.

6. Because of these other cases, I am professionally acquainted with Dr. Michael Newdow, counsel for Plaintiffs in the above-captioned case.

7. On October 22, 2009, I called Dr. Newdow on his cell phone and sought to arrange for personal service today of the Proposed Defendants-Intervenors' Motion to Intervene and related documents.

8. Dr. Newdow stated that he was in Spokane, Washington, and would not be returning to the Sacramento area for several days.

9. As such, Dr. Newdow was unavailable for personal service today.

10. Since he was out of state, Dr. Newdow agreed to accept service by e-mail and regular U.S. mail in lieu of personal service.

11. I therefore served Dr. Newdow by e-mail and mail as stated in the Proof of Service filed herewith.

I declare, under penalty of perjury under the laws of the State of California and the United States of America, that the foregoing is true and correct and is of my own personal knowledge, and indicate such below by my signature executed on this 22nd day of October, 2009, in the County of Sacramento, State of California.

*[signature]*
Matthew McReynolds, Declarant