1  Kevin T. Snider, State Bar No. 170988
       *Counsel of Record*
2  Matthew B. McReynolds, 234797
   PACIFIC JUSTICE INSTITUTE
3  Post Office Box 276600
   Sacramento, CA 95827
4  Tel. (916) 857-6900
   Fax: (916) 857-6902
5  Email: kevinsnider@pacificjustice.org
          mattmcreynolds@pacificjustice.org
6
   *Attorneys for Intervenors/Defendants*

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

## SACRAMENTO DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC.; PAUL STOREY; BILLY FERGUSON; KAREN BUCHANAN; JOSEPH MORROW; ANTHONY G. ARLEN; ELISABETH STEADMAN; CHARLES AND COLLETTE CRANNELL; MIKE OSBORNE; KRISTI CRAVEN; WILLIAM M. SHOCKLEY; PAUL ELLCESSOR; JOSEPH RITTELL; WENDY CORBY; PAT KELLEY; CAREY GOLDSTEIN; DEBORA SMITH; KATHY FIELDS; RICHARD MOORE; SUSAN ROBINSON; AND KEN NAHIGIAN,<br><br>Plaintiffs,<br><br>v.<br><br>TIMOTHY GEITHNER, in his official capacity as Secretary of the United States Department of the Treasury; DOUGLAS SHULMAN, in his official capacity as Commissioner of the Internal Revenue Service; and SELVI STANISLAUS, in her official capacity as Executive Officer of the | Case No. 2:09-CV-02894-WBS-DAD<br><br>**PROOF OF SERVICE**<br><br>HEARING: Nov. 23, 2009<br>TIME: 2:00 p.m.<br>COURTROOM: 5<br>TRIAL DATE: TBD |

Proof of Service

-1-

| | |
|---|---|
| 1 | California Franchise Tax Board, ) |
| 2 |     Defendants, ) |
| 3 | AND ) |
| 4 | ) |
| 5 | PASTOR MICHAEL RODGERS; DOES 1-100, Proposed Intervenors-Defendants. ) |

    I, Matthew McReynolds, do hereby declare as follows:

1. That if called upon, I could and would testify truthfully, as to my own personal knowledge as follows:

2. My business address is P.O. Box 276600, Sacramento, CA 95827.

3. On October 22nd, 2009, I served the following documents on all parties:

   - NOTICE OF MOTION AND MOTION TO INTERVENE BY PASTOR MICHAEL RODGERS, ET Al.

   - MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO INTERVENE

   - DECLARATRION OF PASTOR MICHAEL RODGERS IN SUPPORT OF HIS MOTION TO INTERVENE

   - DECLARATION OF MATTHEW MCREYNOLDS IN SUPPORT OF MOTION TO INTERVENE

   - [PROPOSED] ORDER GRANTING MOTION TO INTERVENE.

4. Since Plaintiffs' counsel was unavailable to accept personal service, I served Plaintiffs by e-mailing the foregoing documents to Plaintiffs' counsel at newdowlaw@gmail.com (see accompanying McReynolds Decl.)

5. I also mailed the foregoing documents via first-class U.S. mail, postage pre-paid, to Plaintffs' counsel at the following address:

Michael Newdow
NEWDOW LAW
P.O. Box 233345
Sacramento, CA 95823

6. I served the Defendants by mailing the foregoing documents via first-class U.S. mail, postage prepaid, to the following persons and addresses:

Timothy Geithner
Secretary of the U.S. Dept. of the Treasury
1500 Pennsylvania Ave. N.W.
Washington, D.C. 20220

Douglas Shulman
Commissioner of the I.R.S.
1111 Constitution Ave. N.W.
Washington, D.C. 20224

Selvi Stanislaus
Executive Officer of the California Franchise Tax Board
P.O. Box 1468
Sacramento, CA 95812-1468

I declare, under penalty of perjury under the laws of the State of California and the United States of America, that the foregoing is true and correct and is of my own personal knowledge, and indicate such below by my signature executed on this 22nd day of October, 2009, in the County of Sacramento, State of California.

_____
Matthew McReynolds, Declarant