UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC.; PAUL STOREY; BILLY FERGUSON; KAREN BUCHANAN; JOSEPH MORROW; ANTHONY G. ARLEN; ELISABETH STEADMAN; CHARLES AND COLLETTE CRANNELL; MIKE OSBORNE; KRISTI CRAVEN; WILLIAM M. SHOCKLEY; PAUL ELLCESSOR; JOSEPH RITTELL; WENDY CORBY; PAT KELLEY; CAREY GOLDSTEIN; DEBORA SMITH; KATHY FIELDS; RICHARD MOORE; SUSAN ROBINSON; AND KEN NAHIGIAN,<br><br>    Plaintiffs,<br><br>    v.<br><br>TIMOTHY GEITHNER, in his official capacity as Secretary of the United States Department of the Treasury; DOUGLAS SHULMAN, in his official capacity as Commissioner of the Internal Revenue Service; and SELVI STANISLAUS, in her official capacity as Executive Officer of the California Franchise Tax Board, | Case No. 2:09-CV-02894-WBS-DAD<br><br>**[PROPOSED] ORDER GRANTING MOTION TO INTERVENE**<br><br>HEARING: Nov. 23, 2009<br>TIME: 2:00 p.m.<br>COURTROOM: 5<br>TRIAL DATE: TBD |

[Proposed] Order Granting Motion to Intervene

-1-

| | |
|---|---|
| **Defendants,** | ) |
| | ) |
| AND | ) |
| | ) |
| PASTOR MICHAEL RODGERS; DOES 1-100, Proposed Intervenors-Defendants. | ) |

Having reviewed the motion by the applicants, Pastor Michael Rodgers, et. al., to intervene as defendants in the above-captioned action, and the points and authorities submitted therewith, the Court finds that there are sufficient grounds for intervention as a matter of right as per rule 24(a) of the Federal Rules of Civil Procedure. In the alternative, the Court grants permissive intervention under FRCP 24(b).

The motion for leave to intervene as a defendant by Pastor Rodgers is **GRANTED**.

The defendants-intervenors are ordered to file a pleading responsive to the Complaint on or before _____, 2009.

IT IS SO ORDERED.

DATED: _____, 2009

_____
William B. Shubb
SENIOR UNITED STATES DISTRICT JUDGE

**PARTY SUBMITTING ORDER**

Pursuant to Local Rule 1-101, the foregoing Proposed Order was submitted by the undersigned.

DATED: October 22, 2009.

      PACIFIC JUSTICE INSTITUTE

      /s/ Matthew B. McReynolds
      Kevin T. Snider
      Matthew B. McReynolds

*Attorneys for Proposed Defendants-Intervenors, Pastor Michael Rodgers and Does 1-100*