1  Kevin T. Snider, State Bar No. 170988
       *Counsel of Record*
2  Matthew B. McReynolds, 234797
   PACIFIC JUSTICE INSTITUTE
3  Post Office Box 276600
   Sacramento, CA 95827
4  Tel. (916) 857-6900
   Fax: (916) 857-6902
5  Email: kevinsnider@pacificjustice.org
          mattmcreynolds@pacificjustice.org

6  *Attorneys for Intervenors/Defendants*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC.; PAUL STOREY; BILLY FERGUSON; KAREN BUCHANAN; JOSEPH MORROW; ANTHONY G. ARLEN; ELISABETH STEADMAN; CHARLES AND COLLETTE CRANNELL; MIKE OSBORNE; KRISTI CRAVEN; WILLIAM M. SHOCKLEY; PAUL ELLCESSOR; JOSEPH RITTELL; WENDY CORBY; PAT KELLEY; CAREY GOLDSTEIN; DEBORA SMITH; KATHY FIELDS; RICHARD MOORE; SUSAN ROBINSON; AND KEN NAHIGIAN,<br><br>    Plaintiffs,<br><br>    v.<br><br>TIMOTHY GEITHNER, in his official capacity as Secretary of the United States Department of the Treasury; DOUGLAS SHULMAN, in his official capacity as Commissioner of the Internal Revenue Service; and SELVI STANISLAUS, in her official capacity as Executive Officer of the | Case No. 2:09-CV-02894-WBS-DAD<br><br>SUPPLEMENTAL DECLARATION OF MATTHEW MCREYNOLDS, WITH EXHIBIT, IN SUPPORT OF MOTION TO INTERVENE<br><br>HEARING:   Nov. 23, 2009<br>TIME:            2:00 p.m.<br>COURTROOM: 5<br>TRIAL DATE: TBD |

California Franchise Tax Board,

    Defendants,

AND

PASTOR MICHAEL RODGERS; DOES 1-100, Proposed Intervenors-Defendants.

I, Matthew McReynolds, do hereby declare that, if called upon, I could and would testify truthfully as to my own personal knowledge as follows:

1. My business address is P.O. Box 276600, Sacramento, CA 95827.

2. I represent Proposed Defendants-Intervenors, Pastor Michael Rodgers and Does 1-100, in the above-captioned case.

3. On October 22, 2009, I filed a Motion to Intervene and supporting documents on behalf of Pastor Michael Rodgers and Does 1-100.

4. On October 23, 2009, I received an e-mail from Plaintiffs' counsel, Dr. Michael Newdow, stating that Plaintiffs "will affirmatively consent" to the Motion to Intervene. (See Ex. A, attached hereto.)

5. Plaintiffs' counsel further encouraged me to notify the Court of his consent to the Motion, in hopes that it could be granted and taken off calendar. (Ex. A.)

I declare, under penalty of perjury under the laws of the State of California and the United States of America, that the foregoing is true and correct and is of my own personal knowledge, and indicate such below by my signature executed on this 23rd day of October, 2009, in the County of Sacramento, State of California.

                                                */s/ Matthew McReynolds*
                                                Matthew McReynolds, Declarant

# CERTIFICATE OF SERVICE

The undersigned, whose business address is P.O. Box 276600 and 9851 Horn Road, Sacramento, CA 95827, hereby declares as follows:

On October 23rd, 2009, I served the following documents on all parties:

- SUPPLEMENTAL DECLARATION OF MATTHEW MCREYNOLDS, WITH EXHIBIT, IN SUPPORT OF MOTION TO INTERVENE

I served Plaintiffs Freedom From Religion Foundation, et al., by electronically filing the foregoing document with the U.S. District Court. Plaintiffs' counsel, Dr. Michael Newdow, is registered with the ECF system to receive e-mail notices of all electronically-filed documents.

I served the Defendants by mailing the foregoing documents via first-class U.S. mail, postage prepaid, to the following persons and addresses:

> Timothy Geithner
> Secretary of the U.S. Dept. of the Treasury
> 1500 Pennsylvania Ave. N.W.
> Washington, D.C. 20220
>
> Douglas Shulman
> Commissioner of the I.R.S.
> 1111 Constitution Ave. N.W.
> Washington, D.C. 20224
>
> Selvi Stanislaus
> Executive Officer of the California Franchise Tax Board
> P.O. Box 1468
> Sacramento, CA 95812-1468

I declare, under penalty of perjury under the laws of the State of California and the United States of America, that the foregoing is true and correct and is of my own personal knowledge, and indicate such below by my signature executed on this 23rd day of October, 2009, in the County of Sacramento, State of California.

_____
Matthew McReynolds, Declarant

# EXHIBIT A

**From:** Mike Newdow [mailto:newdowlaw@gmail.com]
**Sent:** Friday, October 23, 2009 8:20 AM
**To:** Matt McReynolds
**Subject:** Re: FFRF v. Geithner filings

Thanks, Matt.

We actually will affirmatively consent to the Motion, so - if that helps take the hearing off the schedule - feel free to let the judge know.

- Mike

Exhibit A, p. 1 of 1, to Supplemental Declaration of Matthew McReynolds in Support of Motion to Intervene