Kevin T. Snider, State Bar No. 170988
*Counsel of Record*
Matthew B. McReynolds, 234797
PACIFIC JUSTICE INSTITUTE
Post Office Box 276600
Sacramento, CA 95827
Tel. (916) 857-6900
Fax: (916) 857-6902
Email: kevinsnider@pacificjustice.org
       mattmcreynolds@pacificjustice.org

*Attorneys for Intervenors/Defendants*

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC.; PAUL STOREY; BILLY FERGUSON; KAREN BUCHANAN; JOSEPH MORROW; ANTHONY G. ARLEN; ELISABETH STEADMAN; CHARLES AND COLLETTE CRANNELL; MIKE OSBORNE; KRISTI CRAVEN; WILLIAM M. SHOCKLEY; PAUL ELLCESSOR; JOSEPH RITTELL; WENDY CORBY; PAT KELLEY; CAREY GOLDSTEIN; DEBORA SMITH; KATHY FIELDS; RICHARD MOORE; SUSAN ROBINSON; AND KEN NAHIGIAN, <br><br> Plaintiffs, <br><br> v. <br><br> TIMOTHY GEITHNER, in his official capacity as Secretary of the United States Department of the Treasury; DOUGLAS SHULMAN, in his official capacity as Commissioner of the Internal Revenue Service; and SELVI STANISLAUS, in her official capacity as Executive Officer of the | Case No. 2:09-CV-02894-WBS-DAD <br><br> **PROOF OF PERSONAL SERVICE** <br><br> HEARING: Nov. 23, 2009 <br> TIME:  2:00 p.m. <br> COURTROOM: 5 <br> TRIAL DATE: TBD |

| | |
|---|---|
| California Franchise Tax Board, | ) |
| Defendants, | ) |
| AND | ) |
| PASTOR MICHAEL RODGERS; DOES 1-100, Proposed Intervenors-Defendants. | ) |

I, Matthew McReynolds, do hereby declare as follows:

1. That if called upon, I could and would testify truthfully, as to my own personal knowledge as follows:

2. My business address is P.O. Box 276600, Sacramento, CA 95827.

3. On October 26th, 2009, I enlisted the services of Timothy Kelly and Christian Miles to personally serve the following documents on all parties, including California Attorney General Jerry Brown and U.S. Attorney General Eric Holder:
   - NOTICE OF MOTION AND MOTION TO INTERVENE BY PASTOR MICHAEL RODGERS, ET Al.
   - MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO INTERVENE
   - DECLARATRION OF PASTOR MICHAEL RODGERS IN SUPPORT OF HIS MOTION TO INTERVENE
   - DECLARATION OF MATTHEW MCREYNOLDS IN SUPPORT OF MOTION TO INTERVENE
   - SUPPLEMENTAL DECLARATION OF MATTHEW MCREYNOLDS, WITH EXHIBIT, IN SUPPORT OF MOTION TO INTERVENE
   - [PROPOSED] ORDER GRANTING MOTION TO INTERVENE.
   - PROOF OF SERVICE

4. Defendant Selvi Stanislaus and California Attorney General Jerry Brown were served as stated in the attached Declaration of Timothy Kelly (Ex. A).

5. Defendants Timothy Geithner and Douglas Shulman, and U.S. Attorney General Eric Holder, were served by Christian Miles, as stated in the attached Affiidavits of Process Server (Ex. B).

1    I declare, under penalty of perjury under the laws of the State of California and the United
2    States of America, that the foregoing is true and correct and is of my own personal knowledge,
3    and indicate such below by my signature executed on this 28th day of October, 2009, in the
4    County of Sacramento, State of California.

*[signature]*
Matthew McReynolds, Declarant

Proof of Personal Service

-3-

# EXHIBIT A

# DECLARATION OF PERSONAL SERVICE

I, Timothy Kelly, do hereby declare as follows:

1. That if called upon, I could and would testify truthfully, as to my own personal knowledge as follows:

2. My business address is P.O. Box 276600, Sacramento, CA 95827.

3. On October 26th, 2009, I personally served the following documents on Defendant Selvi Stanislaus of the California Franchise Tax Board and California Attorney General Jerry Brown:

   - NOTICE OF MOTION AND MOTION TO INTERVENE BY PASTOR MICHAEL RODGERS, ET AL.
   - MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO INTERVENE
   - DECLARATRION OF PASTOR MICHAEL RODGERS IN SUPPORT OF HIS MOTION TO INTERVENE
   - DECLARATION OF MATTHEW MCREYNOLDS IN SUPPORT OF MOTION TO INTERVENE
   - SUPPLEMENTAL DECLARATION OF MATTHEW MCREYNOLDS, WITH EXHIBIT, IN SUPPORT OF MOTION TO INTERVENE
   - [PROPOSED] ORDER GRANTING MOTION TO INTERVENE.
   - PROOF OF SERVICE

4. I personally delivered these documents to Lori Hiatt, who accepted them on behalf of Defendant Selvi Stanislaus, Executive Officer of the California Franchise Tax Board, at 9646 Butterfield Way, Sacramento, CA 95827. Service was accepted by Ms. Hiatt at 1:10 p.m. on October 26th, 2009.

5. I personally delivered the documents to Les Klear of the California Attorney General's Office, who accepted the documents on behalf of California Attorney General Jerry Brown, at 1300 I Street, Sacramento, CA 95841, at 1:37 p.m. on October 26th, 2009.

I declare, under penalty of perjury under the laws of the State of California and the United States of America, that the foregoing is true and correct and is of my own personal knowledge,

and indicate such below by my signature executed on this 28th day of October, 2009, in the County of Sacramento, State of California.

*Timothy Kelly*
Timothy Kelly, Declarant

# EXHIBIT B

# AFFIDAVIT OF PROCESS SERVER

| United States District Court | State of California |
|---|---|

Freedom from Religion Foundation, et al.

    Plaintiff

vs.

Timothy Geithner, in his official capacity as Secretary of the United States Department of the Treasury, et al.

    Defendant

Attorney:

Pacific Justice Institute
P.O. Box 276600
Sacramento, CA. 95827

Case Number: 2:09-CV-02894-WBS-DAD

Legal documents received by Same Day Process Service, Inc. on **October 26th, 2009 at 2:00 PM** to be served upon **Douglas Shulman, Commissioner of the I.R.S. at 1111 Constitution Avenue, N.W., Washington, DC. 20224**

I, Christian Miles, swear and affirm that on **October 26th, 2009 at 3:50 PM**, I did the following:

Served **Government Agency** by delivering a conformed copy of this **Declaration of Pastor Michael Rodger in Support of his Motion to Intervene;Proof of Service;[Proposed] Order Granting Motion to Intervene;Memorandum of Points and Authorities in Support of Motion to Intervene by Pastor Michael Rodgers, et al.;Notice of Motion and Motion to Intervene by Pastor Michael Rodgers, et al.;Declaration of Matthew McReynolds in Support of Motion to Intervene;Supplemental Declaration of Matthew McReynolds, with Exhibit, in Support of Motion to Intervene**, to **Donald Squires** as **Authorized Agent** of the within named agency, to wit: **Internal Revenue Service** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male   Age: 48   Height: 6'1"   Weight: 165   Skin Color: black   Hair Color: black   Glasses: N

**Supplemental Data Appropriate to this Service:**


I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
Christian Miles
Process Server

Same Day Process Service, Inc.
1322 Maryland Ave., NE
Washington, DC 20002-4401

(202) 398-4200

Internal Job ID: 0000027399

Reference Number: 2:09-CV-02894-WBS-DAD

District of Columbia: SS
Subscribed and Sworn to before me, this 27 day of October, 2009

_____
Michael Melash, Notary Public, D.C.
My commission expires July 14, 2012

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.

# AFFIDAVIT OF PROCESS SERVER

| United States District Court | State of California |
|---|---|
| Freedom from Religion Foundation, et al.<br><br>Plaintiff<br><br>vs.<br><br>Timothy Geithner, in his official capacity as Secretary of the United States Department of the Treasury, et al.<br><br>Defendant | Attorney:<br><br>Pacific Justice Institute<br>P.O. Box 276600<br>Sacramento, CA. 95827 |

Case Number: 2:09-CV-02894-WBS-DAD

Legal documents received by Same Day Process Service, Inc. on October 26th, 2009 at 2:00 PM to be served upon U.S. Attorney General at 950 Pennsylvania Avenue, N.W., Washington, DC. 20530

I, Christian Miles, swear and affirm that on **October 26th, 2009 at 3:56 PM**, I did the following:

Served **Government Agency** by delivering a conformed copy of this **Declaration of Pastor Michael Rodger in Support of his Motion to Intervene;Proof of Service;[Proposed] Order Granting Motion to Intervene;Memorandum of Points and Authorities in Support of Motion to Intervene by Pastor Michael Rodgers, et al.;Notice of Motion and Motion to Intervene by Pastor Michael Rodgers, et al.;Declaration of Matthew McReynolds in Support of Motion to Intervene;Supplemental Declaration of Matthew McReynolds, with Exhibit, in Support of Motion to Intervene**, to Roosevelt Williams as Authorized Agent of the within named agency, to wit: **U.S. Attorney General** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male  Age: 24  Height: 6'0"  Weight: 170lbs  Skin Color: black  Hair Color: black  Glasses: N

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
Christian Miles
Process Server

Same Day Process Service, Inc.
1322 Maryland Ave., NE
Washington, DC 20002-4401

(202) 398-4200

Internal Job ID: 0000027403

Reference Number: 2:09-CV-02894-WBS-DAD

District of Columbia: SS
Subscribed and Sworn to before me,
this 27 day of October, 2009

_____
Michael Molash, Notary Public, D.C.
My commission expires July 14, 2012

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.

# AFFIDAVIT OF PROCESS SERVER

## United States District Court

## State of California

Freedom from Religion Foundation, et al.

   Plaintiff

vs.

Timothy Geithner, in his official capacity as Secretary of the United States Department of the Treasury, et al.

   Defendant

Attorney:

Pacific Justice Institute
P.O. Box 276600
Sacramento, CA. 95827

Case Number: 2:09-CV-02894-WBS-DAD

Legal documents received by Same Day Process Service, Inc. on October 26th, 2009 at 2:00 PM to be served upon **Timothy Geithner, Secretary of the United States Department of the Treasury at 1500 Pennsylvania Avenue, N.W., Washington, DC. 20220**

I, Christian Miles, swear and affirm that on **October 26th, 2009 at 4:08 PM**, I did the following:

Served Government Agency by delivering a conformed copy of this **Declaration of Pastor Michael Rodger in Support of his Motion to Intervene;Proof of Service;[Proposed] Order Granting Motion to Intervene;Memorandum of Points and Authorities in Support of Motion to Intervene by Pastor Michael Rodgers, et al.;Notice of Motion and Motion to Intervene by Pastor Michael Rodgers, et al.;Declaration of Matthew McReynolds in Support of Motion to Intervene;Supplemental Declaration of Matthew McReynolds, with Exhibit, in Support of Motion to Intervene**, to James Little as Authorized Agent of the within named agency, to wit: **U.S. Department of the Treasury** and informing that person of the contents of the documents.

**Description of Person Accepting Service:**
Sex: Male   Age: 35   Height: sitting   Weight: 245lbs   Skin Color: black   Hair Color: black   Glasses: Y

**Supplemental Data Appropriate to this Service:**

I declare under penalty of perjury that the foregoing information contained in this affidavit is true and correct and that I am a professional process server over the age of 18 and have no interest in the above legal matter.

_____
Christian Miles
Process Server

Same Day Process Service, Inc.
1322 Maryland Ave., NE
Washington, DC 20002-4401

(202) 398-4200

Internal Job ID: 0000027398

Reference Number: 2:09-CV-02894-WBS-DAD

District of Columbia: SS
Subscribed and Sworn to before me,
this _27_ day of _October_, 2009

_____
Michael Molash, Notary Public, D.C.
My commission expires July 14, 2012

Copyright © 2005-2007 Process Server Central, LLC. All rights reserved.