Michael Newdow
CA SBN: 220444
PO Box 233345
Sacramento, CA  95823
916-427-6669

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

**Civil Action No. 2:09-CV-02894-WBS-DAD**

FREEDOM FROM RELIGION, et al;

                 Plaintiffs,

v.

TIMOTHY GEITHNER, et al;

                 Defendants.

PLAINTIFFS' REQUEST FOR GRANT OF PENDING MOTION WITHOUT HEARING,
OR, IN THE ALTERNATIVE, GRANT OF TELEPHONIC APPEARANCE

| | |
|---|---|
| DATE: | NOVEMBER 23, 2009 |
| TIME: | 2:00 PM |
| JUDGE: | HON. WILLIAM B. SHUBB |
| COURTROOM: | #5 |

On October 22, 2009, Pastor Michael Rogers *et al.* ("Rogers") moved to intervene in this litigation. Document 6. In doing so, they noticed their motion for November 23, 2009.

On October 23, 2009, Rogers filed a supplemental declaration, indicating that Plaintiffs' counsel did "'affirmatively consent'" to the motion to intervene, and hoped that (with there being no opposition) the motion "'could be granted and taken off calendar." Document 13, ¶¶ 4 & 5.

1    Plaintiffs' counsel has conferred with counsel for pending Intervenor Rogers, who

2 supports the request to grant the motion to intervene without a hearing. Alternatively,

3 Plaintiff's counsel respectfully requests permission to attend the hearing telephonically.

4    Plaintiffs' counsel earns a living as a "*locums tenens*" emergency physician. As such,

5 he travels a great deal, and fills his schedule as opportunities arise. He has been asked to cover

6 the emergency room in the Veterans Administration Hospital in Spokane Washington from

7 November 20-27, and wishes to take most (if not all) of those shifts. Inasmuch as the 23rd falls

8 right in the middle of that stretch, he would, essentially, lose half of this opportunity … all to

9 appear in person for a motion which is unopposed. *See* attached Declaration of Michael

10 Newdow.

11    The undersigned will be available on his cell phone at 916-201-6078 at the time of the

12 hearing. Should he find a "land line" prior to the hearing date, he will contact the Court with

13 that information.

14    In view of the foregoing, two proposed orders accompany this pleading for the Court's

15 consideration.

16

17    Respectfully submitted,

18

19   /s/ Michael Newdow
20
21   Michael Newdow, Plaintiffs' counsel
22   CA SBN: 220444
23   PO Box 233345
24   Sacramento, CA  95823
25
26   Phone:        (916) 427-6669
27
28   e-mail:       NewdowLaw@gmail.com
29
30

Michael Newdow
CA SBN: 220444
PO Box 233345
Sacramento, CA 95823
916-427-6669

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

**Civil Action No. 2:09-CV-02894-WBS-DAD**

FREEDOM FROM RELIGION, et al;

                                                              Plaintiffs,

v.

TIMOTHY GEITHNER, et al;

                                                              Defendants.

PLAINTIFFS' PROPOSED ORDER #1

DATE: NOVEMBER 23, 2009
TIME: 2:00 PM
JUDGE: HON. WILLIAM B. SHUBB
COURTROOM: #5

1        On motion of the Plaintiffs and for good cause shown, the Court hereby ORDERS that

2   the Motion to Intervene of Pastor Michael Rogers *et al.* is GRANTED.

3        Upon Motion of any party, this ORDER may be revised as justice requires.

4

5        Entered on this _____ day of November, 2009

6

7

8        _____

9            Hon. William B. Shubb

10           U.S. District Court Judge
11           for the Eastern District of California

Michael Newdow
CA SBN: 220444
PO Box 233345
Sacramento, CA 95823
916-427-6669

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

**Civil Action No. 2:09-CV-02894-WBS-DAD**

FREEDOM FROM RELIGION, et al;

                        Plaintiffs,

v.

TIMOTHY GEITHNER, et al;

                        Defendants.

PLAINTIFFS' PROPOSED ORDER #2

DATE:          NOVEMBER 23, 2009
TIME:          2:00 PM
JUDGE:         HON. WILLIAM B. SHUBB
COURTROOM:     #5

1       On motion of the Plaintiffs and for good cause shown, the Court hereby ORDERS that
2  the Motion of Plaintiffs' Counsel Michael Newdow to appear telephonically for the hearing
3  scheduled for November 23, 2009 is GRANTED. Newdow is to be available on his cell phone
4  at 916-201-6078 at the time of the hearing. Should he find a "land line" prior to the hearing
5  date, he will contact the Court with that information.
6
7       Upon Motion of any party, this ORDER may be revised as justice requires.
8
9       Entered on this _____ day of November, 2009
10
11
12       _____
13            Hon. William B. Shubb
14            U.S. District Court Judge
15            for the Eastern District of California

Prepared for Entry:


By:   /s/ Michael Newdow

      Michael Newdow, Plaintiffs' counsel
      CA SBN: 220444
      PO Box 233345
      Sacramento, CA  95823
      916-427-6669

Michael Newdow
CA SBN: 220444
PO Box 233345
Sacramento, CA  95823
916-427-6669

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

**Civil Action No. 2:09-CV-02894-WBS-DAD**

FREEDOM FROM RELIGION, et al;

                        Plaintiffs,

v.

TIMOTHY GEITHNER, et al;

                        Defendants.

DECLARATION OF MICHAEL NEWDOW

DATE:        NOVEMBER 23, 2009
TIME:        2:00 PM
JUDGE:       HON. WILLIAM B. SHUBB
COURTROOM:   #5

I, Michael Newdow, declare as follows:

(1) I am Plaintiffs' counsel in this Civil Action No. 2:09-CV-02894-WBS-DAD.

(2) Although an attorney, I have never earned any money as such. Rather, I earn my living as an emergency physician.

(3) I work on a "*locum tenens*" basis. As such, I take jobs as they arise, when hospitals find themselves in need of emergency room coverage (due to illness, retirement, shortage, etc., on the part of the fulltime physicians).

(4) I have been asked to fill a stretch of shifts in the Spokane Veterans Administration Hospital from November 20-27 (working 8:00 pm – 8:00 am on each of those dates).

(5) In order to personally attend the hearing scheduled for November 23, I would essentially be forced to forgo the coverage for the first four days of that stretch.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on November 4, 2009,


    /s/ - Michael Newdow

     Michael Newdow

1  Michael A. Newdow (SBN: 220444)
2  NEWDOW LAW
3  P.O. Box 233345
4  Sacramento, CA  95823
5  Phone: 916-427-6669
6  newdowlaw@gmail.com
7
8  Attorney for Plaintiffs
9
10
11              UNITED STATES DISTRICT COURT
12
13              EASTERN DISTRICT OF CALIFORNIA
14
15                   SACRAMENTO DIVISION
16
17  FREEDOM FROM RELIGION            CASE NO.: 2:09-CV-02894-WBS-DAD
18  FOUNDATION, INC.; PAUL
19  STOREY; BILLY FERGUSON;          CERTIFICATE OF SERVICE
20  KAREN BUCHANAN; JOSEPH
21  MORROW; ANTHONY G. ARLEN;
22  ELISABETH STEADMAN;
23  CHARLES AND COLLETTE
24  CRANNELL; MIKE OSBORNE;
25  KRISTI CRAVEN; WILLIAM M.
26  SHOCKLEY; PAUL ELLCESSOR;
27  JOSEPH RITTELL; WENDY
28  CORBY; PAT KELLEY; CAREY
29  GOLDSTEIN; DEBORA SMITH;
30  KATHY FIELDS; RICHARD
31  MOORE; SUSAN ROBINSON; AND
32  KEN NAHIGIAN,
33
34          Plaintiffs,
35
36  v.
37
38  TIMOTHY GEITHNER, in his
39  official capacity as Secretary of the
40  United States Department of the
41  Treasury; DOUGLAS SHULMAN, in
42  his official capacity as Commissioner
43  of the Internal Revenue Service; and
44  SELVI STANISLAUS, in her official
45  capacity as Executive Officer of the
46  California Franchise Tax Board,
47
48          Defendants.
49

I HEREBY CERTIFY that true and correct copies of

    (1) PLAINTIFFS' REQUEST FOR GRANT OF PENDING MOTION WITHOUT HEARING, OR, IN THE ALTERNATIVE, GRANT OF TELEPHONIC APPEARANCE;
    (2) PLAINTIFFS' PROPOSED ORDERS #1 & #2; AND
    (3) DECLARATION OF MICHAEL NEWDOW

were sent by U.S. Mail, addressed and postage pre-paid on this 4th day of November, 2009, to:

    Counsel for Defendants Geithner and Shulman:

    1.    Mr. Eric Holder
          Attorney General of the United States
          U.S. Department of Justice
          950 Pennsylvania Ave., N.W.
          Washington, D.C. 20530-0001

          and

          Mr. Lawrence G. Brown
          United States Attorney
          United States Attorney's Office
          501 I Street, Suite 10-100
          Sacramento, CA 95814

    Counsel for Defendant Stanislaus:

    2.    Office of the Attorney General
          Mr. Edmond G. Brown, Jr.
          1300 I Street
          P.O. Box 944255
          Sacramento, CA 94244-2550

Counsel for Proposed Intervenors Rogers *et al.*:

3. Mr. Matthew B. McReynolds
   Pacific Justice Institute
   P. O. Box 276600
   Sacramento, CA 95827

Dated this 4th day of November, 2009.

Richard L. Bolton (WI SBN: 1012552)
Attorney at Law
BOARDMAN LAW FIRM
1 S. Pinckney St., Fourth Floor
P.O. Box 927
Madison, WI 53701-0927
Phone: 608-283-7582
rbolton@boardmanlawfirm.com
Attorney for Plaintiffs

F:\DOCS\wd\26318\25\A0917920.DOC