Michael Newdow
CA SBN: 220444
PO Box 233345
Sacramento, CA  95823
916-427-6669

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

**Civil Action No. 2:09-CV-02894-WBS-DAD**

FREEDOM FROM RELIGION, et al;

                Plaintiffs,

v.

TIMOTHY GEITHNER, et al;

                Defendants.

PLAINTIFFS' ~~PROPOSED~~ ORDER #2

DATE:       NOVEMBER 23, 2009
TIME:       2:00 PM
JUDGE:      HON. WILLIAM B. SHUBB
COURTROOM:  #5

1   On motion of the Plaintiffs and for good cause shown, the Court hereby ORDERS that
2   the Motion of Plaintiffs' Counsel Michael Newdow to appear telephonically for the hearing
3   scheduled for November 23, 2009 is GRANTED. Newdow is to be available on his cell phone
4   at 916-201-6078 at the time of the hearing. Should he find a "land line" prior to the hearing
5   date, he will contact the Court with that information.   **The courtroom deputy shall initiate**
6   **the telephone conference call.**

7

8   Upon Motion of any party, this ORDER may be revised as justice requires.

9

10   Entered on this 13th day of November, 2009

*[signature: William B. Shubb]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE