

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA**

PRO HAC VICE APPLICATION,
ECF REGISTRATION AND CONSENT
TO ELECTRONIC SERVICE,
PROPOSED ORDER

FREEDOM FROM RELIGION FOUNDATION, INC.; PAUL STOREY; BILLY FERGUSON; KAREN BUCHANAN; JOSEPH MORROW; ANTHONY G. ARLEN; ELISABETH STEADMAN; CHARLES AND COLLETTE CRANNELL; MIKE OSBORNE; KRISTI CRAVEN; WILLIAM M. SHOCKLEY; PAUL ELLCESSOR; JOSEPH RITTELL; WENDY CORBY; PAT KELLEY; CAREY GOLDSTEIN; DEBORA SMITH; KATHY FIELDS; RICHARD MOORE; SUSAN ROBINSON; AND KEN NAHIGIAN,

Case No. S:09-cv-2894 WBS DAD

        Plaintiffs,

v.

TIMOTHY GEITHNER, in his official capacity as Secretary of the United States Department of the Treasury; DOUGLAS SHULMAN, in his official capacity as Commissioner of the United States Internal Revenue Service; and SELVI STANISLAUS, in his official capacity as Executive Officer of the California Franchise Tax Board,

        Defendants.

I, Richard L. Bolton, attorney for plaintiffs, Freedom From Religion Foundation, Inc., et al., hereby petition for admission to practice Pro Hac Vice under the provision of Local Rule 83-180(b)(2). I understand and consent to ECF Registration and Electronic Service as detailed below and I have submitted payment in the amount of $180.00 to the Clerk, U.S. District Court. In support of

this petition, I state under penalty of perjury that:

My business address is:

| | |
|---|---|
| Firm Name: | Boardman, Suhr, Curry & Field, LLP |
| Address: | 1 S. Pinckney Street, 4th Floor<br>P.O. Box 927 |
| City: | Madison |
| State: | Wisconsin     ZIP Code:  53701-0927 |
| Voice Phone: | (608) 283-1789 |
| FAX Phone: | (608) 283-1709 |
| Internet E-mail: | rbolton@boardmanlawfirm.com |
| Additional E-mail: | rstapleton@boardmanlawfirm.com |
| I reside in City: | Madison     State:  Wisconsin |

I was admitted to practice in the Wisconsin Supreme Court in December 1984.  I am presently in good standing and eligible to practice in said court.  I am not currently suspended or disbarred in any other court.  I am also admitted to practice in the following courts:

      A.    United States Supreme Court (2006)

      B.    United States Court of Appeals for the 7th Circuit (1987)

      C.    United States Court of Appeals for the 9th Circuit (1987)

      D.    United States Court of Appeals for the Federal Circuit (1992)

      E.    United States District Court for the Western District of Wisconsin (1984)

    F.  United States District Court for the Eastern District of Wisconsin (1987)

    G.  United States District Court for the District of Minnesota (2002)

    H.  United States District Court for the District of North Dakota (2007)

    I.  United States District Court for the District of Montana (2005)

    J.  United States District Court for the District of New Mexico (2006)

I have __ / have not _x_ concurrently or within the year preceding this application made a pro hac vice application to this court. (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)  N/A

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the court's ECF system:

Name:    Michael A. Newdow

Firm Name:   Newdow Law

Address:    P.O. Box 233345

City:     Sacramento

State:     California  ZIP Code:  95823

Voice Phone: (916) 427-6669

E-mail: newdowlaw@gmail.com

Attorney Newdow is already identified as counsel of record in this matter and he consents to this designation.

Dated:   <u>December 4, 2009</u>         Petitioner:_____/s/ *Richard L. Bolton*
                                                        Richard L. Bolton

Dated:   <u>December 4, 2009</u>         Designee Consent:  <u>/s/ *Michael A. Newdow*</u>
                                                        Michael A. Newdow

## ORDER

IT IS SO ORDERED.

Dated: December 9, 2009

*[signature]*

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

F:\DOCS\wd\26318\25\A0901935.DOC

4