LAWRENCE G. BROWN
Acting United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814

JEREMY N. HENDON
Trial Attorney, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 353-2466
Facsimile: (202) 307-0054
Email: Jeremy.Hendon@usdoj.gov
       Western.Taxcivil@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC.; PAUL STOREY; BILLY FERGUSON; KAREN BUCHANAN; JOSEPH MORROW; ANTHONY G. ARLEN; ELISABETH STEADMAN; CHARLES AND COLLETTE CRANNELL; MIKE OSBORNE; KRISTI CRAVEN; WILLIAM M. SHOCKLEY; PAUL ELLCESSOR; JOSEPH RITTELL; WENDY CORBY; PAT KELLEY; CAREY GOLDSTEIN; DEBORA SMITH; KATHY FIELDS; RICHARD MOORE; SUSAN ROBINSON; AND KEN NAHIGIAN, <br><br>Plaintiffs,<br><br>v.<br><br>TIMOTHY GEITHNER, in his official capacity as Secretary of the United States Department of the Treasury; DOUGLAS SHULMAN, in his official capacity as Commissioner of the Internal Revenue Service; and SELVI STANISLAUS, in her official capacity as Executive Officer of the California Franchise Tax Board, Defendants,<br><br>Defendants. | Civil No. 2:09-CV-02894-WBS-DAD<br><br>**STIPULATION FOR ORDER EXTENDING TIME FOR UNITED STATES TO FILE ITS RESPONSE TO THE COMPLAINT** |

STIPULATION FOR ORDER EXTENDING TIME
FOR U.S. TO RESPOND TO THE COMPLAINT          1

Plaintiffs, collectively represented by Richard L. Bolton and Michael A. Newdow, and Defendant United States of America[1], by and through its undersigned counsel, hereby stipulate and agree to an extension of time for the United States to file a response to the Complaint. The United States needs a sixty-day extension of its deadline to respond to the Complaint in order to allow the Internal Revenue Service ("IRS") to provide counsel for the United States Department of Justice, Tax Division, the IRS's views and files regarding this case. Without the information requested from the IRS, the United States is unable to fully and accurately prepare its response to the Complaint.[2] Counsel for Plaintiffs has no objection to the requested extension of time. If adopted by the Court, the United States' new deadline to respond to the Complaint would be February 26, 2010.

This is the first request for an extension of time to respond to the Complaint.

Accordingly, because significant constitutional issues requiring a thorough and careful analysis are implicated by the Complaint, the United States respectfully requests that the time within which it is required to respond to the Complaint in this matter be extended sixty days up to, and including, February 26, 2010.

///
///
///
///
///
///

---

[1] Plaintiffs named Timothy Geithner, in his capacity as the Secretary of United States Department of Treasury, and Douglas Shulman, in his capacity as Commissioner of the Internal Revenue Service, as defendants. *See* Complaint at 1. It is well established that such suit, one against a federal employee in his official capacity, is essentially a suit against the United States. *See Dugan v. Rank*, 372 U.S. 609 (1962); *Atkinson v. O'Neil*, 867 F.2d 589, 590 (10th Cir. 1989); *Burgos v. Milton*, 709 F.2d 1 (1st Cir. 1983); *Hutchinson v. United States*, 677 F.2d 1322, 1327 (9th Cir. 1982). Thus, the proper federal defendant is the United States of America.

[2] At the hearing on the motion to intervene, counsel for the United States stated that the United States intends to file a dispositive motion as its response to the Complaint.

STIPULATION FOR ORDER EXTENDING TIME
FOR U.S. TO RESPOND TO THE COMPLAINT        2

| | | |
|---|---|---|
| 1 | Dated this 16th day of December, 2009. | /s Richard L. Bolton |
| 2 | | Richard L. Bolton |
| | | Boardman, Suhr, Curry & Field, LLP |
| | | 1 S. Pinckney Street, 4th Floor |
| 3 | | P.O. Box 927 |
| | | Madison, Wisconsin 53701-0927 |
| 4 | | *Pro Hac Vice* |
| 5 | | Michael A. Newdow (SBN: 220444) |
| | | NEWDOWLAW |
| 6 | | P.O. Box 233345 |
| | | Sacramento, California 95823 |
| 7 | | |
| | | *Attorneys for Plaintiffs* |
| 8 | | |
| | Dated this 17th day of December, 2009. | LAWRENCE G. BROWN |
| 9 | | Acting United States Attorney |
| 10 | | |
| 11 | | /s Jeremy N. Hendon |
| | | JEREMY N. HENDON |
| | | Trial Attorney, Tax Division |
| 12 | | U.S. Department of Justice |
| | | P.O. Box 683 |
| 13 | | Ben Franklin Station |
| | | Washington, D.C. 20044-0683 |
| 14 | | |
| | | *Attorneys for the United States* |

STIPULATION FOR ORDER EXTENDING TIME
FOR U.S. TO RESPOND TO THE COMPLAINT          3

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing **STIPULATION FOR ORDER EXTENDING TIME FOR UNITED STATES TO FILE ITS RESPONSE TO THE COMPLAINT** has been made this 17th day of December, 2009 via the Court's CM/ECF system to:

| | |
|---|---|
| Michael Newdow | NewdowLaw@gmail.com |
| Richard L. Bolton | rbolton@boardmanlawfirm.com |
| *Counsel for Plaintiffs* | |
| | |
| Kevin Snider | kevinsnider@pacificjustice.org |
| Matthew McReynolds | mattmcreynolds@pacificjustice.org |
| *Counsel for Amicus Curiae* | |

/s/ Jeremy N. Hendon
JEREMY N. HENDON
Trial Attorney, Tax Division
U.S. Department of Justice

STIPULATION FOR ORDER EXTENDING TIME
FOR U.S. TO RESPOND TO THE COMPLAINT         4