IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC.; PAUL STOREY; BILLY FERGUSON; KAREN BUCHANAN; JOSEPH MORROW; ANTHONY G. ARLEN; ELISABETH STEADMAN; CHARLES AND COLLETTE CRANNELL; MIKE OSBORNE; KRISTI CRAVEN; WILLIAM M. SHOCKLEY; PAUL ELLCESSOR; JOSEPH RITTELL; WENDY CORBY; PAT KELLEY; CAREY GOLDSTEIN; DEBORA SMITH; KATHY FIELDS; RICHARD MOORE; SUSAN ROBINSON; AND KEN NAHIGIAN,<br><br>        Plaintiffs,<br><br>        v.<br><br>TIMOTHY GEITHNER, in his official capacity as Secretary of the United States Department of the Treasury; DOUGLAS SHULMAN, in his official capacity as Commissioner of the Internal Revenue Service; and SELVI STANISLAUS, in her official capacity as Executive Officer of the California Franchise Tax Board, Defendants,<br><br>        Defendants. | Civil No. 2:09-CV-02894-WBS-DAD<br><br>**[PROPOSED] ORDER TO EXTEND TIME FOR UNITED STATES TO RESPOND TO COMPLAINT** |

[PROPOSED] ORDER TO  EXTEND TIME TO RESPOND TO COMPLAINT

**ORDER**

Based upon the parties' stipulation and for good cause shown, the Court hereby ORDERS that the **STIPULATION FOR ORDER EXTENDING TIME FOR UNITED STATES TO FILE ITS RESPONSE TO THE COMPLAINT** is GRANTED and the United States shall have up to, and including, February 26, 2010, within which to file a response to the Complaint.

DATED:

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[PROPOSED] ORDER TO EXTEND TIME TO RESPOND TO COMPLAINT

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing **[PROPOSED] ORDER TO EXTEND TIME FOR UNITED STATES TO RESPOND TO COMPLAINT** has been made this 17th day of December, 2009 via the Court's CM/ECF system to:

| | |
|---|---|
| Michael Newdow | NewdowLaw@gmail.com |
| Richard L. Bolton | rbolton@boardmanlawfirm.com |
| *Counsel for Plaintiffs* | |
| | |
| Kevin Snider | kevinsnider@pacificjustice.org |
| Matthew McReynolds | mattmcreynolds@pacificjustice.org |
| *Counsel for Amicus Curiae* | |

/s/ Jeremy N. Hendon
JEREMY N. HENDON
Trial Attorney, Tax Division
U.S. Department of Justice