1  EDMUND G. BROWN JR., State Bar No. 37100
   Attorney General of California
2  WILLIAM L. CARTER, State Bar No. 59215
   Supervising Deputy Attorney General
3  JILL BOWERS, State Bar No. 186196
   Deputy Attorney General
4   1300 I Street, Suite 125
    P.O. Box 944255
5   Sacramento, CA 94244-2550
    Telephone: (916) 323-1948
6   Fax: (916) 327-2247
    E-mail: Jill.Bowers@doj.ca.gov
7  *Attorneys for Selvi Stanislaus as Executive Officer of the State of California Franchise Tax Board*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC.; PAUL STOREY; BILLY FERGUSON; KAREN BUCHANAN; JOSEPH MORROW; ANTHONY G. ARLEN; ELISABETH STEADMAN; CHARLES AND COLLETTE CRANNELL; MIKE OSBORNE; KRISTI CRAVEN; WILLIAM M. SHOCKLEY; PAUL ELLCESSOR; JOSEPH RITTELL; WENDY CORBY; PAT KELLEY; CAREY GOLDSTEIN; DEBORA SMITH; KATHY FIELDS; RICHARD MOORE; SUSAN ROBINSON; AND KEN NAHIGIAN, <br><br> Plaintiffs, <br><br> v. <br><br> TIMOTHY GEITHNER, in his official capacity as Secretary of the United States Department of the Treasury; DOUGLAS SHULMAN, in his official capacity as Commissioner of the Internal Revenue Service; and SELVI STANISLAUS, in her official capacity as Executive Director of the California Franchise Tax Board, <br><br> Defendants. | Case No. 2:09-CV-02894-WBS-DAD <br><br> **STIPULATION FOR ORDER TO EXTEND DEFENDANT SELVI STANISLAUS'S TIME TO RESPOND TO COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF** <br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br><br> Judge:       The Hon. William B. Shubb <br> Trial Date:  Not yet set. <br> Action Filed: October 16, 2009 |

1    Plaintiffs Freedom From Religion Foundation, Inc.; Paul Storey; Billy Ferguson; Karen
2 Buchanan; Joseph Morrow; Anthony G. Arlen; Elisabeth Steadman; Charles and Collette
3 Crannell; Mike Osborne; Kristi Craven; William M. Shockley; Paul Ellcessor; Joseph Rittell;
4 Wendy Corby; Pat Kelley; Carey Goldstein; Debora Smith; Kathy Fields; Richard Moore; Susan
5 Robinson; and Ken Nahigian; and Defendant Selvi Stanislaus, sued only in her official capacity
6 as Executive Officer of the State of California Franchise Tax Board (Stanislaus), by and through
7 counsel, hereby stipulate to an extension of time for Stanislaus to respond to Plaintiffs' Complaint
8 for Declaratory and Injunctive Relief (Complaint).  If adopted by the Court, Stanislaus's deadline
9 would be extended from February 1, 2010—that is, the date that is the twentieth day from service
10 of the summons and Complaint within Rule 6 (a) (3) of the Federal Rules of Civil Procedure—to
11 February 26, 2010, that is, the date on which the United States' response to the Complaint is due.
12 Order to Extend Time for United States to Respond to Complaint (Dec. 17, 2009).

13    The Complaint raises significant constitutional issues requiring a thorough and careful
14 analysis.  Stanislaus therefore respectfully requests that her time within which to respond to the
15 Complaint be enlarged by 25 days, from February 1, 2010 to February 26, 2010.  This is her
16 ///
17 ///
18 ///
19 ///
20 ///
21 ///
22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

1

| | |
|---|---|
| first request for an extension of time to respond to the Complaint. Plaintiffs have no objection to the requested extension. | |
| | Respectfully Submitted, |
| | EDMUND G. BROWN JR.<br>Attorney General of California<br>WILLIAM L. CARTER<br>Supervising Deputy Attorney General |
| Dated: January _____, 2010 | _____<br>JILL BOWERS<br>Deputy Attorney General<br>*Attorneys for Defendant Selvi Stanislaus,*<br>*Director of the State of California*<br>*Franchise Tax Board* |
| | RICHARD L. BOLTON *Pro Hac Vice*<br>Boardman, Suhr, Curry & Field, LLP<br><br>MICHAEL A. NEWDOW (SBN 2220444)<br>NEWDOWLAW |
| Dated: January 29, 2010 | _____<br>Richard L. Bolton<br>*Attorneys for Plaintiffs* |

SA2010100223
10531129.doc

first request for an extension of time to respond to the Complaint. Plaintiffs have no objection to the requested extension.

Respectfully Submitted,

EDMUND G. BROWN JR.
Attorney General of California
WILLIAM L. CARTER
Supervising Deputy Attorney General

Dated: January 29, 2010

/s/ Jill Bowers

JILL BOWERS
Deputy Attorney General
*Attorneys for Defendant Selvi Stanislaus, Director of the State of California Franchise Tax Board*

RICHARD L. BOLTON *Pro Hac Vice*
Boardman, Suhr, Curry & Field, LLP

MICHAEL A. NEWDOW (SBN 2220444)
NEWDOWLAW

Dated: January ___, 2010

Richard L. Bolton
*Attorneys for Plaintiffs*

SA2010100223
10531129.doc

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC.; PAUL STOREY; BILLY FERGUSON; KAREN BUCHANAN; JOSEPH MORROW; ANTHONY G. ARLEN; ELISABETH STEADMAN; CHARLES AND COLLETTE CRANNELL; MIKE OSBORNE; KRISTI CRAVEN; WILLIAM M. SHOCKLEY; PAUL ELLCESSOR; JOSEPH RITTELL; WENDY CORBY; PAT KELLEY; CAREY GOLDSTEIN; DEBORA SMITH; KATHY FIELDS; RICHARD MOORE; SUSAN ROBINSON; AND KEN NAHIGIAN,<br><br>Plaintiffs,<br><br>v.<br><br>TIMOTHY GEITHNER, in his official capacity as Secretary of the United States Department of the Treasury; DOUGLAS SHULMAN, in his official capacity as Commissioner of the Internal Revenue Service; and SELVI STANISLAUS, in her official capacity as Executive Director of the California Franchise Tax Board,<br><br>Defendants. | Case No. 2:09-CV-02894-WBS-DAD<br><br>[PROPOSED] ORDER EXTENDING TIME FOR DEFENDANT SELVI STANISLAUS TO RESPOND TO COMPLAINT |

Based upon the parties' stipulation and for good cause shown, the Court hereby ORDERS that the STIPULATION FOR ORDER EXTENDING DEFENDANT SELVI STANISLAUS'S TIME TO RESPOND TO COMPLAINT is GRANTED and said Defendant shall have up to, and including, February 26, 2010, within which to file a response to the Complaint.

Dated: _____

_____
THE HON. WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1