IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FREEDOM FROM RELIGION FOUNDATION, INC.; PAUL STOREY; BILLY FERGUSON; KAREN BUCHANAN; JOSEPH MORROW; ANTHONY G. ARLEN; ELISABETH STEADMAN; CHARLES AND COLLETTE CRANNELL; MIKE OSBORNE; KRISTI CRAVEN; WILLIAM M. SHOCKLEY; PAUL ELLCESSOR; JOSEPH RITTELL; WENDY CORBY; PAT KELLEY; CAREY GOLDSTEIN; DEBORA SMITH; KATHY FIELDS; RICHARD MOORE; SUSAN ROBINSON; AND KEN NAHIGIAN,**<br><br>Plaintiffs,<br><br>v.<br><br>**TIMOTHY GEITHNER, in his official capacity as Secretary of the United States Department of the Treasury; DOUGLAS SHULMAN, in his official capacity as Commissioner of the Internal Revenue Service; and SELVI STANISLAUS, in her official capacity as Executive Director of the California Franchise Tax Board,**<br><br>Defendants. | Case No. 2:09-CV-02894-WBS-DAD<br><br>**ORDER EXTENDING TIME FOR DEFENDANT SELVI STANISLAUS TO RESPOND TO COMPLAINT** |

Based upon the parties' stipulation and for good cause shown, the Court hereby ORDERS that the STIPULATION FOR ORDER EXTENDING DEFENDANT SELVI STANISLAUS'S TIME TO RESPOND TO COMPLAINT is GRANTED and said Defendant shall have up to, and including, February 26, 2010, within which to file a response to the Complaint.

Dated: February 2, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE