UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

FREEDOM FROM RELIGION FOUNDATION, INC., ET AL.,
Plaintiff(s)/Petitioner(s),

vs.

CASE NO. 2:09-CV-02894-WBS-DAD

TIMOTHY GEITHNER, ET AL.,
Defendant(s)/Respondents(s).

**IMPORTANT:**
**IF YOU CHOOSE TO CONSENT OR DECLINE TO CONSENT TO JURISDICTION OF A UNITED STATES MAGISTRATE JUDGE, CHECK AND SIGN THE APPROPRIATE SECTION OF THIS FORM AND RETURN IT TO THE CLERK'S OFFICE.**

☐ **CONSENT TO JURISDICTION OF UNITED STATES MAGISTRATE JUDGE**

In accordance with the provisions of Title 28, U.S.C Sec. 636(c)(1), the undersigned hereby voluntarily consents to have a United States Magistrate Judge conduct all further proceedings in this case, including trial and entry of final judgment, with direct review by the Ninth Circuit Court of Appeals, in the event an appeal is filed.

Date: _____   Signature: _____

Print Name: _____
( ) Plaintiff/Petitioner  ( ) Defendant/Respondent
( ) Counsel for * _____

☑ **DECLINE OF JURISDICTION OF UNITED STATES MAGISTRATE JUDGE**

Pursuant to Title 28, U.S.C. Sec 636(c)(2), the undersigned acknowledges the availability of a United States Magistrate Judge but hereby declines to consent.

Date: 2/16/2010   Signature: /s/ Jill Bowers

Print Name: JILL BOWERS
( ) Plaintiff/Petitioner  (X) Defendant/Respondent
( ) Counsel for *Selvi Stanislaus

*If representing more than one party, counsel must indicate name of each party responding.*

# CERTIFICATE OF SERVICE

**Case Name:** Freedom From Religion Foundation, Inc., et al. v. Timothy Geithner, et al.

**Case No.** 2:09-CV-02894-WBS-DAD

I hereby certify that on February 16, 2010, I electronically filed the following documents with the Clerk of the Court by using the CM/ECF system:

**DECLINE OF JURISDICTION OF UNITED STATES MAGISTRATE JUDGE**

I certify that **all** participants in the case are registered CM/ECF users and that service will be accomplished by the CM/ECF system.

I declare under penalty of perjury under the laws of the State of California the foregoing is true and correct and that this declaration was executed on February 16, 2010, at Sacramento, California.

| Tracy Cortez | /s/ *Tracy Cortez* |
|---|---|
| Declarant | Signature |

10536994.doc