BENJAMIN B. WAGNER
United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814

JEREMY N. HENDON
RICHARD A. SCHWARTZ
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 353-2466
Facsimile: (202) 307-0054
Email: Jeremy.Hendon@usdoj.gov
       Richard.A.Schwartz@usdoj.gov
       Western.Taxcivil@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC.; PAUL STOREY; BILLY FERGUSON; KAREN BUCHANAN; JOSEPH MORROW; ANTHONY G. ARLEN; ELISABETH STEADMAN; CHARLES AND COLLETTE CRANNELL; MIKE OSBORNE; KRISTI CRAVEN; WILLIAM M. SHOCKLEY; PAUL ELLCESSOR; JOSEPH RITTELL; WENDY CORBY; PAT KELLEY; CAREY GOLDSTEIN; DEBORA SMITH; KATHY FIELDS; RICHARD MOORE; SUSAN ROBINSON; AND KEN NAHIGIAN,<br><br>    Plaintiffs,<br><br>    v.<br><br>TIMOTHY GEITHNER, in his official capacity as Secretary of the United States Department of the Treasury; DOUGLAS SHULMAN, in his official capacity as Commissioner of the Internal Revenue Service; and SELVI STANISLAUS, in her official capacity as Executive Officer of the California Franchise Tax Board,<br><br>    Defendants. | Civil No. 2:09-CV-02894-WBS-DAD<br><br>**NOTICE OF ENTRY OF APPEARANCE** |

The United States of America ("United States"), by and through its undersigned counsel, hereby gives notice that, effective on the date below, **RICHARD A. SCHWARTZ**, Esq., Trial Attorney, Tax Division, United States Department of Justice, hereby enters an appearance as counsel in the above-captioned case to represent the United States as additional co-counsel in this matter. Please serve all future pleadings, orders, and communications in this matter on the undersigned at the following address:

>   Richard A. Schwartz
>   U.S. Department of Justice
>   P.O. Box 683
>   Ben Franklin Station
>   Washington, D.C. 20044
>   Telephone: (202) 307-6322
>   Facsimile: (202) 307-0054
>   Email: Richard.A.Schwartz@usdoj.gov

Respectfully submitted this 25th day of February, 2010.

>                               BENJAMIN B. WAGNER
>                               United States Attorney
>
>   By:   /s/ Richard A. Schwartz
>         RICHARD A. SCHWARTZ
>         Trial Attorney, Tax Division
>         U.S. Department of Justice
>         P.O. Box 683
>         Ben Franklin Station
>         Washington, D.C. 20044
>         Telephone: (202) 307-6322
>         Facsimile: (202) 307-0054
>         Email: Richard.A.Schwartz@usdoj.gov
>
>         Attorneys for the United States of America

NOTICE OF ENTRY OF APPEARANCE          - 2 -

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing **NOTICE OF MOTION AND MOTION TO DISMISS** has been made this 26th day of February, 2010 via the Court's CM/ECF system to:

| | |
|---|---|
| Michael Newdow | NewdowLaw@gmail.com |
| Richard L. Bolton | rbolton@boardmanlawfirm.com |
| *Counsel for Plaintiffs* | |
| | |
| Kevin Snider | kevinsnider@pacificjustice.org |
| Matthew McReynolds | mattmcreynolds@pacificjustice.org |
| *Counsel for Amicus Curiae* | |
| | |
| Jill Bowers | jill.bowers@doj.ca.gov |
| *Counsel for Selvi Stanislaus* | |

/s/ Richard A. Schwartz
RICHARD A. SCHWARTZ
Trial Attorney, Tax Division
U.S. Department of Justice

NOTICE OF ENTRY OF APPEARANCE          - 3 -