IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC.; PAUL STOREY; BILLY FERGUSON; KAREN BUCHANAN; JOSEPH MORROW; ANTHONY G. ARLEN; ELISABETH STEADMAN; CHARLES AND COLLETTE CRANNELL; MIKE OSBORNE; KRISTI CRAVEN; WILLIAM M. SHOCKLEY; PAUL ELLCESSOR; JOSEPH RITTELL; WENDY CORBY; PAT KELLEY; CAREY GOLDSTIEN; DEBORA SMITH; KATHY FIELDS; RICHARD MOORE; SUSAN ROBINSON; AND KEN NAHIGIAN, <br><br>　　　　　　Plaintiffs, <br><br>　v. <br><br>TIMOTHY GEITHNER, in his official capacity as Secretary of the United States Department of the Treasury; DOUGLAS SHULMAN, in his official capacity as Commissioner of the Internal Revenue Service; and SELVI STANISLAUS, in her official capacity as Executive Officer of the California Franchise Tax Board, <br><br>　　　　　　Defendants. | Civil No. 2:09-CV-02894-WBS-DAD <br><br> STIPULATION FOR CHANGE OF HEARING DATE |

STIPULATION FOR CHANGE
OF HEARING DATE

　　　　Plaintiffs, collectively represented by Richard L. Bolton and Michael A. Newdow, and Defendants, by and through their undersigned counsel, hereby stipulate and agree to change the hearing date on defendants' Motions to Dismiss from 2:00 p.m. on March 29, 2010, to 2:00 p.m. on May 10, 2010.

Dated this 12th day of March, 2010.          /s Richard L. Bolton
                                            Richard L. Bolton
                                            Boardman, Suhr, Curry & Field LLP
                                            One South Pinckney Street, 4th Floor
                                            P.O. Box 927
                                            Madison, Wisconsin  53701-0927
                                            *Pro Hac Vice*

                                            Michael A. Newdow (SBN: 220444)
                                            NEWDOWLAW
                                            P.O. Box 233345
                                            Sacramento, California  95623

                                            *Attorneys for Plaintiff*

Dated this 12th day of March, 2010.          BENJAMIN B. WAGNER
                                            United States Attorney

                                             /s Jeremy N. Hendon
                                            Jeremy N. Hendon
                                            Trial Attorney, Tax Division
                                            U.S. Department of Justice
                                            P.O. Box 683
                                            Ben Franklin Station
                                            Washington, D.C.  20044-0683

                                            *Attorney for the United States of America*

                                             /s/Jill Bowers
                                            Jill Bowers
                                            Deputy Attorney General
                                            *Attorneys for Franchise Tax Board*

2

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing Stipulation for Change of Hearing Date has been made this 12th day of March, 2010 via the Court's CM/ECF system to:

Jeremy N. Hendon  Jeremy.Hendon@usdoj.gov
*Attorney for the United States of America*

Kevin Snider  kevinsnider@pacificjustice.org
Matthew McReynolds  mattmcreynolds@pacificjustice.org
*Counsel for Amicus Curiae*

Jill Bowers  jill.bowers@doj.ca.gov
*Counsel for Selvi Stanislaus*

/s Richard L. Bolton
Richard L. Bolton
*Counsel for Plaintiffs*

F:\DOCS\wd\26318\25\A0975082.DOC