IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

FREEDOM FROM RELIGION )
FOUNDATION, INC.; PAUL STOREY; )
BILLY FERGUSON; KAREN )
BUCHANAN; JOSEPH MORROW; )
ANTHONY G. ARLEN; ELISABETH )
STEADMAN; CHARLES AND )        Civil No. 2:09-CV-02894-WBS-DAD
COLLETTE CRANNELL; MIKE )
OSBORNE; KRISTI CRAVEN; )
WILLIAM M. SHOCKLEY; )          STIPULATION FOR CHANGE OF
PAUL ELLCESSOR; JOSEPH RITTELL; )  HEARING DATE
WENDY CORBY; PAT KELLEY; )
CAREY GOLDSTIEN; DEBORA SMITH; )
KATHY FIELDS; RICHARD MOORE; )
SUSAN ROBINSON; AND )
KEN NAHIGIAN, )
                             )
                Plaintiffs, )
                             )
        v.                   )
                             )
TIMOTHY GEITHNER, in his official )
capacity as Secretary of the United States )
Department of the Treasury; DOUGLAS )
SHULMAN, in his official capacity as )
Commissioner of the Internal Revenue )
Service; and SELVI STANISLAUS, in her )
official capacity as Executive Officer of )
the California Franchise Tax Board, )
                             )
                Defendants. )
_____)

STIPULATION FOR CHANGE
OF HEARING DATE

        Plaintiffs, collectively represented by Richard L. Bolton and Michael A. Newdow, and

Defendants, by and through their undersigned counsel, hereby stipulate and agree to change the

hearing date on defendants' Motions to Dismiss from 2:00 p.m. on March 29, 2010, to 2:00 p.m.

on May 10, 2010.

Dated this 12th day of March, 2010.       /s Richard L. Bolton
                                          Richard L. Bolton
                                          Boardman, Suhr, Curry & Field LLP
                                          One South Pinckney Street, 4th Floor
                                          P.O. Box 927
                                          Madison, Wisconsin  53701-0927
                                          *Pro Hac Vice*

                                          Michael A. Newdow (SBN: 220444)
                                          NEWDOWLAW
                                          P.O. Box 233345
                                          Sacramento, California  95623

                                          *Attorneys for Plaintiff*

Dated this 12th day of March, 2010.       BENJAMIN B. WAGNER
                                          United States Attorney

                                           /s Jeremy N. Hendon
                                          Jeremy N. Hendon
                                          Trial Attorney, Tax Division
                                          U.S. Department of Justice
                                          P.O. Box 683
                                          Ben Franklin Station
                                          Washington, D.C.  20044-0683

                                          *Attorney for the United States of America*

                                           /s/Jill Bowers
                                          Jill Bowers
                                          Deputy Attorney General
                                          *Attorneys for Franchise Tax Board*

IT IS SO ORDERED.

Dated:  March 15, 2010

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

2