1

2

3

4

5

6

7

8

IN THE UNITED STATES DISTRICT COURT FOR THE

9

EASTERN DISTRICT OF CALIFORNIA

10

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC.; PAUL STOREY; BILLY FERGUSON; KAREN BUCHANAN; JOSEPH MORROW; ANTHONY G. ARLEN; ELISABETH STEADMAN; CHARLES AND COLLETTE CRANNELL; MIKE OSBORNE; KRISTI CRAVEN; WILLIAM M. SHOCKLEY; PAUL ELLCESSOR; JOSEPH RITTELL; WENDY CORBY; PAT KELLEY; CAREY GOLDSTEIN; DEBORA SMITH; KATHY FIELDS; RICHARD MOORE; SUSAN ROBINSON; AND KEN NAHIGIAN, | Civil No. 2:09-CV-02894-WBS-DAD **ORDER TO CONTINUE JOINT STATUS REPORT AND PRETRIAL SCHEDULING CONFERENCE** |

Plaintiffs,

v.

TIMOTHY GEITHNER, in his official capacity as Secretary of the United States Department of the Treasury; DOUGLAS SHULMAN, in his official capacity as Commissioner of the Internal Revenue Service; and SELVI STANISLAUS, in her official capacity as Executive Officer of the California Franchise Tax Board, Defendants,

Defendants.

26

27

28

**ORDER**

Based upon the parties' stipulation and for good cause shown, the Court hereby ORDERS that the **STIPULATION FOR CONTINUANCE OF JOINT STATUS REPORT AND PRETRIAL SCHEDULING CONFERENCE** is APPROVED and the Scheduling Conference is continued to **June 28, 2010 at 2:00 p.m.** pending the resolution of the Defendants' motions to dismiss.   The Joint Status Report shall be filed no later than **June 14, 2010**.


DATED:  April 6, 2010


WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE