EDMUND G. BROWN JR., State Bar No. 37100
Attorney General of California
WILLIAM L. CARTER, State Bar No. 59215
Supervising Deputy Attorney General
JILL BOWERS, State Bar No. 186196
Deputy Attorney General
 1300 I Street, Suite 125
 P.O. Box 944255
 Sacramento, CA 94244-2550
 Telephone:  (916) 323-1948
 Fax:  (916) 327-2247
 E-mail:  Jill.Bowers@doj.ca.gov
*Attorneys for Defendant Selvi Stanislaus*

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| **FREEDOM FROM RELIGION FOUNDATION, INC.; PAUL STOREY; BILLY FERGUSON; KAREN BUCHANAN; JOSEPH MORROW; ANTHONY G. ARLEN; ELISABETH STEADMAN; CHARLES AND COLLETTE CRANNELL; MIKE OSBORNE; KRISTI CRAVEN; WILLIAM M. SHOCKLEY; PAUL ELLCESSOR; JOSEPH RITTELL; WENDY CORBY; PAT KELLEY; CAREY GOLDSTEIN; DEBORA SMITH; KATHY FIELDS; RICHARD MOORE; SUSAN ROBINSON; AND KEN NAHIGIAN,**<br><br>Plaintiffs,<br><br>v.<br><br>**TIMOTHY GEITHNER, in his official capacity as Secretary of the United States Department of the Treasury; DOUGLAS SHULMAN, in his official capacity as Commissioner of the Internal Revenue Service; and SELVI STANISLAUS, in her official capacity as Executive Director of the California Franchise Tax Board,**<br><br>Defendants. | 2:09-CV-02894-WBS-DAD<br><br>**OBJECTION BY DEFENDANT SELVI STANISLAUS TO PLAINTIFFS' EXHIBITS**<br><br>Date:        May 10, 2010<br>Time:       2:00 p.m.<br>Courtroom: 5<br>Judge        The Hon. William B. Shubb<br><br><br><br><br><br>Trial Date    Not yet set.<br>Action Filed:  October 16, 2009 |

**INTRODUCTION**

Pursuant to Rules 802 and 807 of the Federal Rules of Evidence, Defendant Selvi Stanislaus objects to Plaintiffs' Exhibits 6, 7, 8, 9, and 11.  These exhibits are attached to the Affidavit of Richard Bolton, filed simultaneously with Plaintiffs' Memorandum of Points and Authorities in Opposition to United States Motion to Dismiss.  Plaintiffs incorporated this Opposition, in some points, in Plaintiffs' Memorandum of Points and Authorities in Opposition to Selvi Stanislaus's Motion to Dismiss, at page 2, lines19-22.

**DISCUSSION**

**PLAINTIFFS' EXHIBITS 6, 7, 8, 9 AND 11 ARE INADMISSIBLE HEARSAY AS TO WHICH NO EXCEPTION EXISTS.**

Plaintiffs Exhibits 6, 7, 8, 9 and 11 are newspaper or news service articles.  As such, if offered for proof of the matter asserted (within Rule 807(A), "offered as proof of a material fact"), they are hearsay within the prohibition of Rule 802, as to which no exception exists, and are therefore inadmissible.  *Green v. Baca,* 226 F.R.D. 624, 637-639 (C.D., Cal., 2005) (excluding two newspaper articles pursuant to Rules 803(24) and 807).

Specifically, Plaintiffs Exhibits 6, 7, 8, 9 and 11 should be excluded from the record of this Court's consideration of Stanislaus's motion to dismiss, to the extent that Plaintiffs proffer them as proof that the clergy housing allowance exclusion, created by California Revenue and Taxation Code sections 17131.6 and 17280(d)(2), constitutes a tax subsidy; confers a substantial benefit on clergy or religious organizations; or is an unconstitutional California tax policy.  Fed. R. Evid. 802.  See, *Green v. Baca,* 226 F.R.D. at 637, noting generally that "newspaper articles and television programs are considered hearsay under Rule 801(c) when offered for the truth of the matter asserted."  Plaintiffs' Exhibits 6, 7, 8, 9 and 11 are not "more probative" on these points than "any other evidence" which Plaintiffs "can procure through reasonable efforts[.]"  Fed. R. Evid. 807(B).  Stanislaus's motion to dismiss was filed on February 26, 2010.  By stipulation of the parties, hearing was continued to May 10, 2010, thus extending, by operation of this Court's Civil Local Rule 230(c), Plaintiffs' time to respond to April 26, 2010.  E.D. Cal. R. 230(c).  Further, in proffering Exhibits 6, 7, 8, 9 and 11, Plaintiffs have failed to comply with Rule 807's

1

1  requirement to provide Stanislaus, the adverse party, with the name and address of each declarant.
2  Fed. R. Evid. 807.

**CONCLUSION**

For the foregoing reasons, Plaintiffs' Exhibits 6, 7, 8, 9 and 11 should be excluded from the record of this Court's consideration of Stanislaus's motion to dismiss.

Dated:  May 3, 2010                                  Respectfully Submitted,

                   EDMUND G. BROWN JR.
                   Attorney General of California
                   WILLIAM L. CARTER
                   Supervising Deputy Attorney General

                   */s/ Jill Bowers*

                   JILL BOWERS
                   Deputy Attorney General
                   *Attorneys for*
                   *Franchise Tax Board - Non-Billable*

SA2010100223
10563696.doc