**CERTIFICATE OF SERVICE**

    IT IS HEREBY CERTIFIED that service of the foregoing Plaintiffs' Response to Precedent First Cited by Stanislaus in Her Reply Memorandum has been made this 4th day of May, 2010 via the Court's CM/ECF system to:

Jeremy N. Hendon                                Jeremy.Hendon@usdoj.gov
*Attorney for the United States of America*

Kevin Snider
kevinsnider@pacificjustice.org
Matthew McReynolds
mattmcreynolds@pacificjustice.org
*Counsel for Amicus Curiae*

Jill Bowers                                               jill.bowers@doj.ca.gov
*Counsel for Selvi Stanislaus*

                               */s Richard L. Bolton*
                               Richard L. Bolton
                               *Counsel for Plaintiffs*