```
 1  Richard L. Bolton (SBN: 1012552)
 2  Boardman, Suhr, Curry & Field LLP
 3  P.O. Box 927
 4  Madison, Wisconsin  53701-0927
 5  Pro Hac Vice
 6  Michael A. Newdow (SBN: 220444)
 7  NEWDOWLAW
 8  P.O. Box 233345
 9  Sacramento, California  95623
10  Attorneys for Plaintiffs
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CIVIL DIVISION

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC.; PAUL STOREY; BILLY FERGUSON; KAREN BUCHANAN; JOSEPH MORROW; ANTHONY G. ARLEN; ELISABETH STEADMAN; CHARLES AND COLLETTE CRANNELL; MIKE OSBORNE; KRISTI CRAVEN; WILLIAM M. SHOCKLEY; PAUL ELLCESSOR; JOSEPH RITTELL; WENDY CORBY; PAT KELLEY; CAREY GOLDSTIEN; DEBORA SMITH; KATHY FIELDS; RICHARD MOORE; SUSAN ROBINSON; AND KEN NAHIGIAN,<br><br>    Plaintiffs,<br><br>  v.<br><br>TIMOTHY GEITHNER, in his official capacity as Secretary of the United States Department of the Treasury; DOUGLAS SHULMAN, in his official capacity as Commissioner of the Internal Revenue Service; and SELVI STANISLAUS, in her official capacity as Executive Officer of the California Franchise Tax Board,<br><br>    Defendants. | Civil No. 2:09-CV-02894-WBS-DAD<br><br>**JOINT STATUS REPORT**<br><br><br><br>Pretrial Scheduling<br>Conference Date:  June 28, 2010<br>Time:  2:00 p.m.<br>Courtroom: 31<br>Judge:  The Hon. William B. Shubb |

Joint Status Report

| | | |
|---|---|---|
| 1 | | Pursuant to Local Rule 16-240, the parties submit this Joint Status Report: |
| 2 | (a) | Brief Summary of the Claim: The plaintiffs claim that a state and federal |
| 3 | | income tax exemption for housing and housing allowances provided to |
| 4 | | clergy violates the Establishment Clause of the First Amendment to the |
| 5 | | United States Constitution. |
| 6 | (b) | Status of Service: All defendants have been served and appeared. |
| 7 | (c) | Possible Joinder of Additional Parties: Joinder of additional parties is not |
| 8 | | contemplated. |
| 9 | (d) | Contemplated Amendments to Pleadings: The parties agree that the |
| 10 | | plaintiffs may have until June 18, 2010 to file an amended complaint and |
| 11 | | defendants may have until July 14, 2010 to file their respective answers to |
| 12 | | the amended complaint. |
| 13 | (e) | Statutory Basis of Jurisdiction and Venue: Jurisdiction is based on 28 |
| 14 | | U.S.C. §1331. Defendant Selvi Stanislaus denies that this court has |
| 15 | | jurisdiction, but if jurisdiction lies, then venue is proper in Sacramento |
| 16 | | based on 28 U.S.C. §1391(e). |
| 17 | (f) | Proposed Discovery Plan: The parties propose to make Rule 26 initial |
| 18 | | disclosures by July 30, 2010. The parties further propose a cut-off date for |
| 19 | | fact discovery of December 17, 2010. The parties further propose that |
| 20 | | experts be identified with reports by February 17, 2011 and rebuttal expert |
| 21 | | reports shall be due by March 21, 2011. The parties further propose a cut- |
| 22 | | off date for discovery from experts of April 22, 2011. The parties then |
| 23 | | propose a deadline for filing dispositive motions of June 3, 2011. |

Joint Status Report

1     (g)    Proposed Discovery Cut-Off Date:  The parties propose a December 17,
2     2010 discovery cut-off date for fact discovery and an April 22, 2011 cut-
3     off for expert discovery.

4     (h)    Proposed Date by Which All Motions Shall be Filed and Heard:  All
5     motions, including motions related to discovery, shall be filed by June 3,
6     2011 and scheduled to be heard as soon thereafter as possible according to
7     the court's calendar.

8     (i)    Proposed Modification of Standard Pre-Trial Proceedings:  None.

9     (j)    Estimated Length of Trial:  The parties anticipate that the case will be
10     decided based on the parties' filed dispositive motions.

11     (k)    Statement as to Related Cases:  None.

12     (l)    Statement of Prospects for Settlement and Use of Alternate Dispute
13     Resolution Procedures:  The nature of the present lawsuit does not give
14     rise to the possibility of settlement.

15     (m)    Statement of Corporate Disclosures:  The plaintiff, Freedom From
16     Religion Foundation, Inc., has no parent or subsidiary corporations.

17 Dated this 14th day of June, 2010.

```
                                     /s/ Richard L. Bolton
                                    Richard L. Bolton (SBN: 1012552)
                                    Boardman, Suhr, Curry & Field LLP
                                    One South Pinckney Street, 4th Floor
                                    P.O. Box 927
                                    Madison, Wisconsin  53701-0927
                                    Pro Hac Vice
                                    Michael A. Newdow (SBN: 220444)
                                    NEWDOWLAW
                                    P.O. Box 233345
                                    Sacramento, California  95623
                                    Attorneys for Plaintiffs
```

Joint Status Report

2

                    */s/ Jill Bowers*
Jill Bowers
Deputy Attorney General of California
1300 I Street, Suite 125
P. O. Box 944255
Sacramento, CA  94244-2550
*Attorneys for Defendant Selvi Stanislaus*

    */s/ Jeremy N. Hendon*
Jeremy N. Hendon
    */s/ Richard A. Schwartz*
Richard A. Schwartz
Trial Attorney, Tax Division
U.S. Department of Justice
P. O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
*Attorneys for the United States of America*

## CERTIFICATE OF SERVICE

IT IS HEREBY CERTIFIED that service of the foregoing Joint Status Report has been made this 14th day of June, 2010 via the Court's CM/ECF system to:

| | |
|---|---|
| Jeremy N. Hendon | Jeremy.Hendon@usdoj.gov |
| Richard A. Schwartz | richard.a.schwartz@usdoj.gov |
| *Attorney for the United States of America* | |
| | |
| Kevin Snider | kevinsnider@pacificjustice.org |
| Matthew McReynolds | mattmcreynolds@pacificjustice.org |
| *Counsel for Amicus Curiae* | |
| | |
| Jill Bowers | jill.bowers@doj.ca.gov |
| *Counsel for Selvi Stanislaus* | |

    */s Richard L. Bolton*
Richard L. Bolton
*Counsel for Plaintiffs*

Joint Status Report