IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **FREEDOM FROM RELIGION FOUNDATION, INC.; PAUL STOREY; BILLY FERGUSON; KAREN BUCHANAN; JOSEPH MORROW; ANTHONY G. ARLEN; ELISABETH STEADMAN; CHARLES AND COLLETTE CRANNELL; MIKE OSBORNE; KRISTI CRAVEN; WILLIAM M. SHOCKLEY; PAUL ELLCESSOR; JOSEPH RITTELL; WENDY CORBY; PAT KELLEY; CAREY GOLDSTEIN; DEBORA SMITH; KATHY FIELDS; RICHARD MOORE; SUSAN ROBINSON; AND KEN NAHIGIAN,**<br><br>                                     Plaintiffs,<br><br>      v.<br><br>**TIMOTHY GEITHNER, in his official capacity as Secretary of the United States Department of the Treasury; DOUGLAS SHULMAN, in his official capacity as Commissioner of the Internal Revenue Service; and SELVI STANISLAUS, in her official capacity as Executive Director of the California Franchise Tax Board,**<br><br>                                     Defendants. | Case No. 2:09-CV-02894-WBS-DAD<br><br>**ORDER GRANTING JOINT MOTION OF ALL PARTIES FOR ORDER EXTENDING DEFENDANTS' TIME TO ANSWER COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF** |

Based upon the stipulation and joint motion of all parties, and for good cause shown, the Court hereby ORDERS that the STIPULATION AND JOINT MOTION OF ALL PARTIES FOR ORDER EXTENDING DEFENDANTS' TIME TO ANSWER COMPLAINT FOR

1  DECLARATORY AND INJUNCTIVE RELIEF is GRANTED.  The Defendants shall have up

2  to, and including, June 18, 2010, within which to file a response to the Complaint.

3

4  Dated:  June 15, 2010

5

6  WILLIAM B. SHUBB
   UNITED STATES DISTRICT JUDGE