1  BENJAMIN B. WAGNER
   United States Attorney
2  501 I Street, Suite 10-100
   Sacramento, CA 95814
3
   JEREMY N. HENDON
4  RICHARD A. SCHWARTZ
   Trial Attorneys, Tax Division
5  U.S. Department of Justice
   P.O. Box 683, Ben Franklin Station
6  Washington, D.C. 20044-0683
   Telephone: (202) 353-2466
7  Facsimile: (202) 307-0054
   Email: Jeremy.Hendon@usdoj.gov
8         Richard.A.Schwartz@usdoj.gov
          Western.Taxcivil@usdoj.gov
9
   Attorneys for the United States of America
10
                IN THE UNITED STATES DISTRICT COURT FOR THE
11
                     EASTERN DISTRICT OF CALIFORNIA
12 FREEDOM FROM RELIGION            )
   FOUNDATION, INC.; PAUL STOREY;   )   Civil No. 2:09-CV-02894-WBS-DAD
13 BILLY FERGUSON; KAREN            )
   BUCHANAN; JOSEPH MORROW;         )
14 ANTHONY G. ARLEN; ELISABETH      )   **AMENDED NOTICE OF JOINT**
   STEADMAN; CHARLES AND            )   **MOTION FOR STAY OF**
15 COLLETTE CRANNELL; MIKE          )   **PROCEEDINGS**
   OSBORNE; KRISTI CRAVEN; WILLIAM  )
16 M. SHOCKLEY; PAUL ELLCESSOR;     )
   JOSEPH RITTELL; WENDY CORBY;     )
17 PAT KELLEY; CAREY GOLDSTEIN;     )
   DEBORA SMITH; KATHY FIELDS;      )   **Hearing Date: 02/28/2011**
18 RICHARD MOORE; SUSAN             )   **Time: 2:00 p.m.**
   ROBINSON; AND KEN NAHIGIAN,      )   **Courtroom: 5**
19                                  )   **Judge: The Hon. William B. Shubb**
                                    )
20            Plaintiffs,           )
                                    )
21        v.                        )
                                    )
22 TIMOTHY GEITHNER, in his official )
   capacity as Secretary of the United States )
23 Department of the Treasury; DOUGLAS )
   SHULMAN, in his official capacity as )
24 Commissioner of the Internal Revenue )
   Service; and SELVI STANISLAUS, in her )
25 official capacity as Executive Officer of the )
   California Franchise Tax Board, )
26 Defendants,                      )
                                    )
27            Defendants.           )
   _____  )
28 AMENDED NOTICE OF JOINT
   MOTION FOR STAY OF PROCEEDINGS        1

**Notice of Motion**

Please take notice that Plaintiffs, collectively represented by Richard L. Bolton and Michael A. Newdow, and Defendants United States of America ("United States") and Selvi Stanislaus, by and through its undersigned counsel, have moved the Court to stay all proceedings in the above-captioned case on January 19th, 2011 by submitting a Joint Motion for Stay of Proceedings.  Please note that the hearing on the Joint Motion for Stay of Proceedings will be held on February 28, 2011, at 2:00 p.m., or soon thereafter, before Honorable William B. Shubb, Senior United States District Judge, in Courtroom 5, 14th floor of the United States Courthouse located at 501 I Street, Suite 4-200, Sacramento, California.


Respectfully submitted,

Dated this 20th day of January, 2011.

BENJAMIN B. WAGNER
Acting United States Attorney

 /s/ Richard A. Schwartz
RICHARD A. SCHWARTZ
JEREMY N. HENDON
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683

*Attorneys for Defendant United States*

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing AMENDED NOTICE OF

JOINT MOTION FOR STAY OF PROCEEDINGS has been made this 20th day of January,

2011 via the Court's CM/ECF system to:

Michael Newdow                          NewdowLaw@gmail.com
Richard L. Bolton                       rbolton@boardmanlawfirm.com
*Counsel for Plaintiffs*

Kevin Snider                            kevinsnider@pacificjustice.org
Matthew McReynolds                      mattmcreynolds@pacificjustice.org
*Counsel for Amicus Curiae*

Jill Bowers                             jill.bowers@doj.ca.gov
*Counsel for Selvi Stanislaus*


                                        /s/ Richard A. Schwartz
                                        RICHARD A. SCHWARTZ
                                        Trial Attorney, Tax Division
                                        U.S. Department of Justice