IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC.; PAUL STOREY; BILLY FERGUSON; KAREN BUCHANAN; JOSEPH MORROW; ANTHONY G. ARLEN; ELISABETH STEADMAN; CHARLES AND COLLETTE CRANNELL; MIKE OSBORNE; KRISTI CRAVEN; WILLIAM M. SHOCKLEY; PAUL ELLCESSOR; JOSEPH RITTELL; WENDY CORBY; PAT KELLEY; CAREY GOLDSTEIN; DEBORA SMITH; KATHY FIELDS; RICHARD MOORE; SUSAN ROBINSON; AND KEN NAHIGIAN, <br><br>Plaintiffs, <br><br>v. <br><br>TIMOTHY GEITHNER, in his official capacity as Secretary of the United States Department of the Treasury; DOUGLAS SHULMAN, in his official capacity as Commissioner of the Internal Revenue Service; and SELVI STANISLAUS, in her official capacity as Executive Officer of the California Franchise Tax Board, <br><br>Defendants. | Civil No. 2:09-CV-02894-WBS-DAD <br><br>**ORDER** <br><br>Judge: The Hon. William B. Shubb <br>Joint Motion for Stay of Proceedings Hearing <br>February 28, 2011, 2:00 p.m. <br>Courtroom: 5 |

ORDER

On February 2, 2011, the Defendant, United States of America, filed a Request for

Telephonic Appearance of Counsel for the United States at the Hearing on the Joint Motion for Stay of Proceedings requesting permission for attorneys Jeremy N. Hendon and Richard A. Schwartz to appear by telephone at the Hearing on the Joint Motion for Stay of Proceedings scheduled to take place on February 28, 2011 at 2:00 p.m.  The United States has stated that at the time of the hearing, counsel for the United States may be reached at (202) 353-2466.

Accordingly, the **REQUEST FOR TELEPHONIC APPEARANCE OF COUNSEL FOR THE UNITED STATES AT THE HEARING ON THE JOINT MOTION FOR STAY OF PROCEEDINGS** is hereby GRANTED.  Attorneys Jeremy N. Hendon and Richard A. Schwartz may appear by telephone, **upon the condition** that an attorney from the United States Attorney's Office also appear in person at the hearing.

DATED: February 7, 2011

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

[P̶R̶O̶P̶O̶S̶E̶D̶] ORDER

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing **[PROPOSED] ORDER** has been made this 2nd day of February, 2011 via the Court's CM/ECF system to:

| | |
|---|---|
| Michael Newdow | NewdowLaw@gmail.com |
| Richard L. Bolton | rbolton@boardmanlawfirm.com |
| *Counsel for Plaintiffs* | |
| | |
| Kevin Snider | kevinsnider@pacificjustice.org |
| Matthew McReynolds | mattmcreynolds@pacificjustice.org |
| *Counsel for Amicus Curiae* | |
| | |
| Jill Bowers | jill.bowers@doj.ca.gov |
| *Counsel for Selvi Stanislaus* | |

/s/ Richard A. Schwartz
JEREMY N. HENDON
RICHARD A. SCHWARTZ
Trial Attorneys, Tax Division
U.S. Department of Justice