UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC.; PAUL STOREY; BILLY FERGUSON; KAREN BUCHANAN; JOSEPH MORROW; ANTHONY G. ARLEN; ELISABETH STEADMAN; CHARLES AND COLLETTE CRANNELL; MIKE OSBORNE; KRISTI CRAVEN; WILLIAM M. SHOCKLEY; PAUL ELLCESSOR; JOSEPH RITTELL; WENDY CORBY; PAT KELLEY; CAREY GOLDSTIEN; DEBORA SMITH; KATHY FIELDS; RICHARD MOORE; SUSAN ROBINSON; AND KEN NAHAGIAN,<br><br>      Plaintiffs,<br><br>  v.<br><br>TIMOTHY GEITHNER, in his official capacity as Secretary of the United States Department of the Treasury; DOUGLAS SHULMAN, in his official capacity as Commissioner of the Internal Revenue Service; and SELVI STANISLAUS, in her official capacity as Executive Officer of the California Franchise Tax Board,<br><br>      Defendants. | NO. CIV. 2:09-2894 WBS DAD<br><br><u>ORDER</u> |

1

1  _____/

2                       ----oo0oo----

3          On February 11, 2011, this court granted the parties' joint motion to stay the case pending the Supreme Court's decision in <u>Arizona Christian School Tuition Organization v. Winn</u>, --- U.S. ----, 130 S. Ct. 3350 (2010) (granting certiorari).  (Docket No. 81.)  The Supreme Court issued its opinion in that case on April 4, 2011.  --- U.S. ----, 131 S. Ct. 1436 (2011).

          Pursuant to the court's Status (Pretrial Scheduling) Order of June 22, 2010 (Docket No. 71), all discovery is to be completed by April 22, 2011, and all pretrial motions are to be filed by June 3, 2011; the matter is currently set for a final pretrial conference on August 22, 2011, and a bench trial on October 25, 2011.

          The parties have requested leave for defendants to file motions challenging plaintiffs' standing in light of <u>Winn</u> with the following deadlines: motions filed by May 27, 2011, oppositions filed by June 17, 2011, and replies filed by July 1, 2011.  (Joint Status Report at 2:21-23 (Docket No. 82).)  The parties request that the court continue the stay of all other proceedings until those motions are resolved.

          The court hereby grants the parties' request for the above-described briefing schedule and continues the stay of all other proceedings in this case until the forthcoming motions are resolved.  The motions will be set for hearing on July 18, 2011, at 2:00 p.m. in Courtroom No. 5.

          IT IS SO ORDERED.

1  DATED:   April 21, 2011

                    /s/ William B. Shubb
                    WILLIAM B. SHUBB
                    UNITED STATES DISTRICT JUDGE