BENJAMIN B. WAGNER
United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814

JEREMY N. HENDON
RICHARD A. SCHWARTZ
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C.  20044-0683
Telephone: (202) 353-2466
Facsimile:  (202) 307-0054
Email: Jeremy.Hendon@usdoj.gov
           Richard.A.Schwartz@usdoj.gov

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC.; PAUL STOREY; BILLY FERGUSON; KAREN BUCHANAN; JOSEPH MORROW; ANTHONY G. ARLEN; ELISABETH STEADMAN; CHARLES AND COLLETTE CRANNELL; MIKE OSBORNE; KRISTI CRAVEN; WILLIAM M. SHOCKLEY; PAUL ELLCESSOR; JOSEPH RITTELL; WENDY CORBY; PAT KELLEY; CAREY GOLDSTEIN; DEBORA SMITH; KATHY FIELDS; RICHARD MOORE; SUSAN ROBINSON; AND KEN NAHIGIAN,<br><br>        Plaintiffs,<br><br>    v.<br><br>TIMOTHY GEITHNER, in his official capacity as Secretary of the United States Department of the Treasury; DOUGLAS SHULMAN, in his official capacity as Commissioner of the Internal Revenue Service; and SELVI STANISLAUS, in her official capacity as Executive Officer of the California Franchise Tax Board,<br><br>        Defendants. | Civil No. 2:09-CV-02894-WBS-DAD<br><br>**STIPULATION OF DISMISSAL** |

The parties, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby stipulate that the above-captioned case be dismissed without prejudice, the parties to bear their respective costs, including any possible attorney fees or other expenses of litigation.

Respectfully submitted,

Dated this 17th day of June, 2011.  /s/ Richard L. Bolton
RICHARD L. BOLTON
Boardman, Suhr, Curry & Field, LLP
1 S. Pinckney Street, 4th Floor
P.O. Box 927
Madison, Wisconsin 53701-0927
*Pro Hac Vice*

Michael A. Newdow (SBN: 220444)
NEWDOWLAW
P.O. Box 233345
Sacramento, California 95823

*Attorneys for Plaintiffs*

Dated this 17th day of June, 2011.  BENJAMIN B. WAGNER
Acting United States Attorney

/s/ Richard A. Schwartz
JEREMY N. HENDON
RICHARD A. SCHWARTZ
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683
Ben Franklin Station
Washington, D.C. 20044-0683

*Attorneys for Defendant United States*

Dated this 17th day of June, 2011.  /s/ Jill Bowers
JILL BOWERS
Deputy Attorney General of California
1300 I Street, Suite 125
P. O. Box 944255
Sacramento, CA  94244-2550

*Attorney for Defendant Selvi Stanislaus*

STIPULATION OF DISMISSAL         –1–

## **CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing **STIPULATION OF DISMISSAL** has been made this 17th day of June, 2011 via the Court's CM/ECF system to:

| | |
|---|---|
| Michael Newdow | NewdowLaw@gmail.com |
| Richard L. Bolton | rbolton@boardmanlawfirm.com |
| *Counsel for Plaintiffs* | |
| | |
| Kevin Snider | kevinsnider@pacificjustice.org |
| Matthew McReynolds | mattmcreynolds@pacificjustice.org |
| *Counsel for Amicus Curiae* | |
| | |
| Jill Bowers | jill.bowers@doj.ca.gov |
| *Counsel for Selvi Stanislaus* | |

/s/ Richard A. Schwartz
JEREMY N. HENDON
RICHARD A. SCHWARTZ
Trial Attorneys, Tax Division
U.S. Department of Justice

STIPULATION OF DISMISSAL         –2–