BENJAMIN B. WAGNER
United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814

JEREMY N. HENDON
RICHARD A. SCHWARTZ
Trial Attorneys, Tax Division
U.S. Department of Justice
P.O. Box 683, Ben Franklin Station
Washington, D.C. 20044-0683
Telephone: (202) 353-2466
Facsimile: (202) 307-0054
Email: Jeremy.Hendon@usdoj.gov
       Richard.A.Schwartz@usdoj.gov
       Western.Taxcivil@usdoj.gov

Attorneys for the United States of America

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FREEDOM FROM RELIGION FOUNDATION, INC.; PAUL STOREY; BILLY FERGUSON; KAREN BUCHANAN; JOSEPH MORROW; ANTHONY G. ARLEN; ELISABETH STEADMAN; CHARLES AND COLLETTE CRANNELL; MIKE OSBORNE; KRISTI CRAVEN; WILLIAM M. SHOCKLEY; PAUL ELLCESSOR; JOSEPH RITTELL; WENDY CORBY; PAT KELLEY; CAREY GOLDSTEIN; DEBORA SMITH; KATHY FIELDS; RICHARD MOORE; SUSAN ROBINSON; AND KEN NAHIGIAN, <br><br>Plaintiffs, <br><br>v. <br><br>TIMOTHY GEITHNER, in his official capacity as Secretary of the United States Department of the Treasury; DOUGLAS SHULMAN, in his official capacity as Commissioner of the Internal Revenue Service; and SELVI STANISLAUS, in her official capacity as Executive Officer of the California Franchise Tax Board, <br>Defendants, <br><br>Defendants. | Civil No. 2:09-CV-02894-WBS-DAD <br><br>**ORDER ON** <br>**STIPULATION OF DISMISSAL** |

[PROPOSED] ORDER ON
STIPULATION OF DISMISSAL                    1

1 On June 17, 2011, the parties jointly submitted a Stipulation of Dismissal to the Court.

3 Accordingly, the instant matter is dismissed without prejudice, and the parties will bear
4 their own respective costs, including attorney fees and other litigation expenses.

6 IT IS SO ORDERED.

8 Dated this 17th day of June, 2011.

```
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE
```

[PROPOSED] ORDER ON
STIPULATION OF DISMISSAL                2

**CERTIFICATE OF SERVICE**

IT IS HEREBY CERTIFIED that service of the foregoing **[PROPOSED] ORDER ON STIPULATION OF DISMISSAL** has been made this 17th day of June, 2011 via the Court's CM/ECF system to:

| | |
|---|---|
| Michael Newdow | NewdowLaw@gmail.com |
| Richard L. Bolton | rbolton@boardmanlawfirm.com |
| *Counsel for Plaintiffs* | |
| | |
| Kevin Snider | kevinsnider@pacificjustice.org |
| Matthew McReynolds | mattmcreynolds@pacificjustice.org |
| *Counsel for Amicus Curiae* | |
| | |
| Jill Bowers | jill.bowers@doj.ca.gov |
| *Counsel for Selvi Stanislaus* | |

/s/ Richard A. Schwartz
RICHARD A. SCHWARTZ
Trial Attorney, Tax Division
U.S. Department of Justice

[PROPOSED] ORDER ON STIPULATION OF DISMISSAL                    3